# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

450 Golden Gate Avenue
San Francisco, California 94102

**FILED**

DEC 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. BUESGENS,
Private Attorney General
116 12th Street, #B
Fortuna, CA 95540
Phone: 707-845-2100
Email: mikebuesgens@hotmail.com

CV 08

5710

MMC

**Plaintiff**

**Complaint**
Civil No.

V.

1. BEVERLY HART, REAL ESTATE BROKER,
   PROPERTY MANAGER
   BROKER LICENSE ID: 00696183
   D/B/A Coldwell Banker Cutten Realty, Inc
   2120 Campton Rd, Ste C
   Eureka, CA 95503
   Phone: 707-445-8822
   Fax: 707-443-5813
   Email: cbcr@cuttenrealty.com

2. JOHN M. WAHLUND, REAL ESTATE BROKER,
   REGISTERED AGENT, OWNER
   BROKER LICENSE ID: 00390498
   D/B/A Coldwell Banker Cutten Realty, Inc
   2120 Campton Rd, Ste C
   Eureka, CA 95503

3. CUTTEN REALTY, INC
   CA SOS FILE NUMBER C2538716
   2120 Campton Rd, Ste C
   Eureka, CA 95503

4. COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY
   Corporation Service Company, Registered Agent
   CA SOS FILE NUMBER C0795759
   2730 Gateway Oaks Drive, Ste 100
   Sacramento, CA 95833

5. JAMES JAY LIPTAK, PRESIDENT, REAL ESTATE BROKER
   BROKER LICENSE ID: 00821481
   California Association of Realtors (CAR)
   630 14th Street
   Paso Robles, CA 93446

6. CALIFORNIA ASSOCIATION OF REALTORS (CAR)
   CA SOS FILE NUMBER C0838837
   525 South Virgil Avenue
   Los Angeles, CA 90020
   Phone: 213-739-8200
   Fax: 213-480-7724

7. DAWN O'ROURKE, REAL ESTATE BROKER, OWNER
   BROKER LICENSE ID: 00845511
   Cottage Realty
   2250 Mather Rd
   McKinleyville, CA 95519
   Phone: 707-839-3358
   Email: dawnctg@humboldt1.com

8. COTTAGE REALTY
   1834 Central Avenue, Ste B
   McKinleyville, CA 95519
   Phone: 707-839-1897
   Fax: 707-839-9360

9. STEVE STROMBECK, OWNER
   Strombeck Properties
   960 G Street, PO Box 37
   Eureka, CA 95502
   Phone: 707-822-4557
   Fax: 707-822-4525

10. STROMBECK PROPERTIES I, LLC
    CA SOS FILE NUMBER 200531810247
    960 G Street, PO Box 37
    Eureka, CA 95502

11. STROMBECK PROPERTIES II, LLC
    CA SOS NUMBER 200531810235
    960 G Street, Box 37
    Eureka, CA 95502

12. ALAN GUNN, SENIOR PROPERTY MANAGER,
    REAL ESTATE SALESPERSON
    LICENSE ID: 01226140
    Humboldt Property Management
    Humboldt Realty Corporation
    CA SOS FILE NUMBER C2015279
    3616 Edgewood
    Eureka, CA 95501
    Phone: 707-825-1508
    Email: agunn@humboldtrentals.com

13. MATTHEW ALBERT BABICH, OWNER,
    REGISTERED AGENT, REAL ESTATE BROKER
    BROKER LICENSE ID: 01019212
    Humboldt Property Management
    Humboldt Realty Corporation
    944 H Street
    Arcata, CA 95521

14. HUMBOLDT PROPERTY MANAGEMENT
    944 H Street
    Arcata, CA 95521
    Phone: 707-825-1515
    Fax: 707-825-1558

15. HUMBOLDT REALTY CORPORATION
    CA SOS FILE NUMBER C2015279
    944 H Street
    Arcata, CA 95521

16. THEODORE LORING, JR., OWNER,
    REAL ESTATE BROKER
    BROKER LICENSE ID: 00467307
    Professional Property Management Company
    PMI Investments, Inc
    3109 H Street, PO Box 117
    Eureka, CA 95502-0117
    Phone: 707-444-3835
    Fax: 707-444-3837

17. PROFESSIONAL PROPERTY MANAGEMENT COMPANY
    710 E Street, Ste 130
    Eureka, CA 95501
    WWW.PPMRENTALS.COM

18. PMI INVESTMENTS, INC
    710 E Street, Ste 130
    Eureka, CA 95501

4

19. MICHAEL ALAN FORCE, PRESIDENT, ATTORNEY,
    REAL ESTATE BROKER
    BROKER LICENSE ID: 01134801
    Sandpiper Apartments
    D/B/A Westcal Management
    Pacific Cities Management, Inc
    6056 Rutland Drive, #1
    Carmichael, CA 95608

20. BRENDA A. MORGAN, PROPERTY MANAGER,
    REAL ESTATE SALESPERSON
    LICENSE ID: 01149582
    Sandpiper Apartments
    D/B/A Westcal Management
    Pacific Cities Management, Inc
    6056 Rutland Drive, #1
    Carmichael, CA 95608
    Phone: 916-348-1188 Ext: 348
    Fax: 916-348-1194
    Email: bren2go@gmail.com

21. MARY BROWN BANKS, MANAGER,
    REAL ESTATE BROKER
    BROKER LICENSE ID: 00426575
    Sandpiper Apartments
    D/B/A Westcal Management
    Pacific Cities Management, Inc
    1780 59th Avenue
    Sacramento, CA 95822

22. SANDPIPER APARTMENTS
    3535 Marconi Avenue
    Sacramento, CA 95821
    Phone: 916-487-8649

23. D/B/A WESTCAL MANAGEMENT
    6056 Rutland Drive, #1
    Carmichael, CA 95608
    Phone: 914-348-1188

5

24. PACIFIC CITIES MANAGEMENT INC
    BROKER LICENSE ID: 01151803
    CA SOS FILE NUMBER C1846381
    6056 Rutland Drive, #1
    Carmichael, CA 95608

25. WILLIAM OLAF PASSO, OWNER,
    REAL ESTATE BROKER
    BROKER LICENSE ID: 00474353
    Passco Property Management
    Four Winds Apartments
    96 Corporate Park, Ste 200
    Irvine, CA 92606

26. PASSCO PROPERTY MANAGEMENT
    96 Corporate Park, Ste 200
    Irvine, CA 92606

27. FOUR WINDS APARTMENTS
    8000 Perry Street
    Overland Park, KS 66204
    Phone: 913-648-4339
    Fax: 913-648-4364

28. PASSCO FOUR WINDS S, LLC
    Corporation Service Company, Registered Agent
    KANSAS SOS FILE NUMBER 3875929
    200 SW 30th Street
    Topeka, KS 66603

29. PASSCO REAL ESTATE ENTERPRISES, INC
    CA SOS FILE NUMBER C2038017
    96 Corporate Park, Ste 200
    Irvine, CA 92606

30. PASSCO REALTY, INC
    96 Corporate Park, Ste 200
    Irvine, CA 92606

31. GREGORY MAYES, OWNER,
    REAL ESTATE BROKER
    LICENSE ID: 980300015
    The Heights Apartments
    Liberty Management Group
    11625 SE 40th Avenue
    Milwaukie, OR 97222
    Phone: 503-659-2838
    Fax: 503-659-8818
    Email: Gregg@greggmayes.com

32. WILLIAM MAYES, OWNER
    The Heights Apartments
    Liberty Management Group
    11625 SE 40th Avenue
    Milwaukie, OR 97222

33. SHIRLEY MAYES, OWNER
    The Heights Apartments
    Liberty Management Group
    11625 SE 40th Avenue
    Milwaukie, OR 97222

34. THE HEIGHTS APARTMENTS
    8057 SE Monroe Street
    Milwaukie, OR 97222
    Phone: 503-654-3505
    Fax: 503-353-0760
    Email: theheights@libertymg.com

35. LIBERTY MANAGEMENT GROUP
    OREGON SOS FILE NUMBER 680292-80
    11625 SE 40th Avenue
    Milwaukie, OR 97222

36. ARNOLD CARL TAUCH, PROPERTY OWNER
    REAL ESTATE DEVELOPER
    Falcon Ridge Apartments
    Falcon Apartments of Austin I, Inc
    Falcon Group
    5225 Katy Freeway, Ste 530
    Houston, TX 77007
    Phone: 713-861-8850
    Fax: 713-861-0971

37. JACK CREGG MOSS, GENERAL PARTNER,
    LITIGATION MANAGER, REGISTERED AGENT
    Falcon Ridge Apartments
    Falcon Apartments of Austin I, Inc
    Falcon Group
    5225 Katy Freeway, Ste 530
    Houston, TX 77007

38. FALCON RIDGE APARTMENTS
    JEFFERSON AT FALCON RIDGE APARTMENTS

    A. HUD case Number 06-06-0293-8
    B. Eviction case Number 041509
    C. Eviction Appeal case Number C-1-CV-06-000678
    D. State Farm Tenant/Renter Policy
       Number 83-LV-0578-9
       500 East Stassney Lane
       Austin, Texas 78745

39. FALCON APARTMENTS OF AUSTIN I, INC,
    GENERAL PARTNER
    5225 Katy Freeway, Ste 530
    Houston, Texas 77007

40. FALCON GROUP,
    REAL ESTATE DEVELOPERS
    5225 Katy Freeway, Ste 530
    Houston, TX 77007

41. CHARLES EADS BROWN, EVICTION ATTORNEY
    FALCON RIDGE APARTMENTS
    3624 North Hills Drive, B100
    Austin, Texas 78731
    Phone: 512-346-6000
    Fax: 512-346-6005
    Email: cbrown@charlesbrownlaw.com

    A. HUD case Number 06-06-0293-8
    B. Eviction case Number 041509
    C. Jury Selection-Voir Dire January 26, 2006
    C. Jury Trial January 26, 2006 Austin, Texas

42. GREGORY SCOTT CAGLE, EVICTION ATTORNEY
    ARMBRUST & BROWN, LLP
    FALCON RIDGE APARTMENTS
    100 Congress Avenue, Ste 1300
    Austin, Texas 78701
    Phone: 512-435-2321
    Fax: 512-435-2360
    Email: gcagle@abaustin.com

43. SHELLEY BUSH MARMOM, EVICTION ATTORNEY
    CRADY, JEWETT, MCCULLEY, LLP
    BULLIVANT, HOUSER, BAILEY, PC
    FALCON RIDGE APARTMENTS
    2727 Allen Parkway, Ste 1700
    Houston, Texas 77019
    Phone: 713-739-7007
    Fax: 713-739-8403
    Email: samarmon@cjmlaw.com

44. MEGAN MONIQUE GOERES, VOLUNTEER PAID FOR WITNESS
    FALCON RIDGE APARTMENTS, WEIMARANER DOG, Apt 1033
    A. HUD case Number 06-06-0293-8
    B. Eviction Trial January 26, 2006
    C. Eviction Appeal Trial June 16, 2006
       1900 Melissa Oaks Lane
       Austin, Texas 78744
       Email: megan.goeres@grandecom.com


45. PATRICIA GOERES GALLOWAY, MOM
    FALCON RIDGE APARTMENTS
    1875 Deana Drive
    West Linn, Oregon 97068-4823


46. RYAN EUGENE GOERES, BROTHER
    2503 Stutz Place
    Midland, Texas 79705-4932


47. ANDIRUH DEV SARWAL, ATTORNEY, REAL ESTATE DEVELOPER
    COMPANION, WEIMARANER DOG OWNER, Apt 1033
    FALCON RIDGE APARTMENTS
    3911 Idlewild Road
    Austin, Texas 78731-6144
    Phone: 512-342-2050


48. MELANIE PLOWMAN SARWAL, SPOUSE, ATTORNEY
    RECALCITRANT WITNESS FALCON RIDGE APARTMENTS
    WEIL, GOTSHAL, MANGES
    8911 Capital of Texas Highway, Ste 1350
    Austin, Texas 78759
    Phone: 512-349-1933
    Fax: 512-527-0798
    Email: melanie.sarwal@weil.com

49. HILARY LYN REYES, VOIR DIRE MEMBER, AIRMAN,
    Recalcitrant Witness, Falcon Ridge Apartments
    Eviction Trial January 26, 2006
    8801 North FM 620, Apt 1035
    Austin, Texas 78726


50. MAJOR GENERAL JACK L. RIVES, USAF
    THE JUDGE ADVOCATE GENERAL [JAG]
51. HILARY LYN REYES, AIRMAN, RECALCITRANT WITNESS
    FALCON RIDGE APARTMENTS
    1420 Air Force Pentagon
    Washington, DC 20330-1420
    Email: jack.rives@pentagon.af.mil


52. VOIR DIRE MEMBERS-JURY SELECTION
    RECALCITRANT WITNESSES

    A. Falcon Ridge Apartments V. Michael L. Buesgens
    B. Jury Trial January 26, 2006
    C. Eviction case Number 041509
    D. Justice of the Peace, Precinct 5
       Travis County, Austin, Texas

11

## **TENANT EVICTION/CREDIT REPORTING AGENCIES**

53. JEANNE M. GRAVES, PRESIDENT, REGISTERED AGENT
    National Tenant Network (NTN)
    Tenant Eviction/Credit Reporting
    525 SW 1st Ste 105
    Lake Oswego, OR 97034

54. NATIONAL TENANT NETWORK (NTN)
    Tenant Eviction/Credit Reporting
    525 SW 1ST Ste 105
    Lake Oswego, OR 97034

55. THOMAS HARRINGTON, OWNER, REGISTERED AGENT
    On-Site Manager, Inc
    Tenant Eviction/Credit Reporting
    2465 Latham Street, Ste 301
    Mountain View, CA 94040

56. ON-SITE MANAGER, INC
    Tenant Eviction/Credit Reporting
    2465 Latham Street, Ste 301
    Mountain View, CA 94040

57. STEVE WINN, OWNER
    Real Page-One Site
    Tenant Eviction/Credit Reporting
    4000 International Parkway
    Carrollton, TX 75007-1913

58. REAL PAGE
    Tenant Eviction/Credit Reporting
    4000 International Parkway
    Carrolton, TX 75007-1913

59. ONE-SITE-$3,893.00-Unlawful Reletting Fees
    Tenant Eviction/Credit Reporting
    4000 International Parkway
    Carrollton, TX 75007-1913

60. KIM KENDRICK, ASSISTANT SECRETARY
    U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
    FAIR HOUSING EQUAL OPPORTUNITY **(FHEO)**
    FAIR HOUSING ASSISTANCE PROGRAM **(FHAP)**
    451 Seventh Street, SW, Mail Code E, Room 5100
    Washington, DC 20410
    Email: kim.kendrick@hud.gov

61. MINIARD CULPEPPER, GENERAL COUNSEL,
    FEDERAL TORT CLAIMS MANAGER
    FREEDOM OF INFORMATION ACT MANAGER
    NEW ENGLAND TORT CLAIMS CENTER
    U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
    10 Causeway Street, Room 301
    Boston, Massachusetts 02222-1092
    Email: miniard_culpepper@hud.gov

62. JOHN W. MEYERS, DIRECTOR
63. GLEN YOUNGBLOOD, INTAKE SPECIALIST
    REGION 10
    U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
    909 First Avenue, Ste 200
    Seattle, Washington 98104-1000
    Email: john_meyers@hud.gov

64. U.S.DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
    FAIR HOUSING EQUAL OPPORTUNITY (FHEO)
    FAIR HOUSING ASSISTANCE PROGRAM (FHAP)
    451 Seventh Street, SW
    Washington, DC 20410

13

65. R. FAYE AUSTIN, GENERAL COUNSEL
    U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
    REGION 9
    SAN FRANCISCO, CALIFORNIA
    600 Harrison Street, Third Floor
    San Francisco, California 94107
    Email: r._faye_austin@hud.gov

    A. HUD case Number 06-06-0293-8
       Falcon Ridge Apartments
    B. Sacramento case Number 07-H-066
       Sandpiper Apartments

66. CHARLES E. HAUPTMAN, DIRECTOR
    FAIR HOUSING EQUAL OPPORTUNITY (FHEO)
    U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
    REGION 9
    600 Harrison Street, Third Floor
    San Francisco, California 94107
    Email: Charles_e._hauptman@hud.gov

    A. HUD case Number 06-06-0293-8
       Falcon Ridge Apartments
    B. Sacramento case Number 07-H-066
       Sandpiper Apartments

14

67. DANA E. WALLACK, STAFF ATTORNEY
    HUMAN RIGHTS/FAIR HOUSING COMMISSION OF THE
    CITY AND COUNTY OF SACRAMENTO, CALIFORNIA
    1112 I Street, Ste 250
    Sacramento, California 95814
    Email: danawallack@hrfh.org

    A. Housing Discrimination Complaint
       Sandpiper Apartments
    B. Case Number 07-H-066

    C. HUD case Number 06-06-0293-8
       Falcon Ridge Apartments

68. RICHARD K. UNO, STAFF ATTORNEY
    HUMAN RIGHTS/FAIR HOUSING COMMISSION OF THE
    CITY AND COUNTY OF SACRAMENTO, CALIFORNIA
    1112 I Street, Ste 250
    Sacramento, California 95814

    A. Housing Discrimination Complaint
       Sandpiper Apartments
    B. Case Number 07-H-066

    C. HUD case Number 06-06-0293-8
       Falcon Ridge Apartments

69. HUMAN RIGHTS/FAIR HOUSING COMMISSION OF THE
    CITY AND COUNTY OF SACRAMENTO, CALIFORNIA
    1112 I Street, Ste 250
    Sacramento, California 95814

    A. Housing Discrimination Complaint
       Sandpiper Apartments
    B. Case Number 07-H-066

    C. HUD case Number 06-06-0293-8
       Falcon Ridge Apartments

70. R. BARRY ROBINSON, ASSISTANT U.S. ATTORNEY
    U.S. ATTORNEY OFFICE
    IRS HOUSING AND EMPLOYMENT DISCRIMINATION
    816 Congress Avenue, Ste 1000
    Austin, Texas 78701

    A. HUD case Number 06-06-0293-8
       Falcon Ridge Apartments

    B. Fifth Circuit Court of Appeals
       Petition for Review Number 06-60777
       HUD case Number 06-06-0293-8
       Falcon Ridge Apartments

## **RELATED CASES**

    C. IRS-TD-EEO case Number 03-2339
       IRS Reasonable Reassignment Denied
    D. EEOC Telephone Hearing Case
       Number 360-2003-8286X

    E. Plaintiff Buesgens Involuntary
       Disability Retirement March 7, 2005

    F. MSPB case Number DA-1221-06-0171-W-1

    G. Civil Number 1:05CV00243-SS
       U.S. District Court Austin, Texas

    H. IRS Bankruptcy Crimes case
       Number 06-11164-FRM
       U.S. Bankruptcy Court Austin, Texas

71. EDWARD B. RUST, Jr., President, CEO
    State Farm Insurance Companies
    A. Tenant/Renter Policy Number 83-LV-578-9
    B. HUD case Number 06-06-0293-8
       One State Farm Plaza, #A
       Bloomington, Illinois 61710-0001

72. JAMES RUTROUGH, Vice Chairman
    State Farm Insurance Companies
    One State Farm Plaza, #A
    Bloomington, Illinois 61710-0001

73. JAY LAWRENCE VATH, ADJUSTER, INVESTIGATOR
    A. Subpoena Duces Tecum
    B. Civil Number 1:06CV00226-LY-RP, Austin, Texas
       State Farm Insurance Companies

74. MARC ERIC MALINGER, ATTORNEY
    State Farm Insurance Companies

75. WILLIAM KENNEDY CRONE, AGENT
    State Farm Insurance Companies

76. DENISE LOUISE BLACK, AGENT
    State Farm Insurance Companies

77. LEAF WALKER, CLAIMS REPRESENTATIVE
    State Farm Insurance Companies

78. STATE FARM FIRE & CASUALTY COMPANY
    CA SOS FILE NUMBER C0169564
    A. Plaintiff Buesgens Tenant/Renter Policy
    B. **Policy Number 83-LV-0578-9**
    C. Falcon Ridge Apartments
    D. **HUD case Number 06-06-0293-8**

79. STATE FARM LLOYDS
    A. Plaintiff Buesgens Tenant/Renter Policy
    B. **Policy Number 83-LV-0578-9**
    C. **Falcon Ridge Apartments**
    D. HUD case Number 06-06-0293-8

80. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
    CA SOS FILE NUMBER C0129473
    A. Plaintiff Buesgens Auto Policy
    B. **Policy Number U24 0349-D30-53S**

81. DANA SILVER, REGISTERED AGENT
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
    STATE FARM FIRE AND CASUALTY COMPANY
    3345 Michelson Drive, 4th Floor
    Irvine, California 92612

82. CARL M WEEKS, PRIVATE INVESTIGATOR, et al.
    WEEKS AND ASSOCIATES, LLC
    A. **Case Number 951.06-242**
    B. Michael Buesgens **VS.** Falcon Ridge Apartments
       316 West 12th Street, Ste 316
       Austin, Texas 78701
       Phone: 512-472-9989
       Fax: 512-494-1133

**Defendants**

18

# **TABLE OF CONTENTS**

I. Jurisdiction                                          Pg. 23

II. Venue                                                Pg. 25

III. Citizenship of Principal Defendants                 Pg. 25

IV. Parties                                              Pg. 25

V. Introduction                                          Pg. 26

VI. Background                                           Pg. 27

VII. Eviction case Number 041509                         Pg. 30
     (1) Falcon Ridge Apartments V. Michael L.
         Buesgens
     (2) Justice of the Peace, Precincts 3 & 5
         Travis County, Austin, Texas

VIII. HUD case Number 06-06-0293-8                       Pg. 33
      Housing Discrimination

IX. Charles Eads Brown, Eviction Attorney,               Pg. 35
    Real Estate Broker
    (1) Falcon Ridge Apartments
    (2) HUD case Number 06-06-0293-8

X. Voir Dire-Jury Selection January 26, 2006             Pg. 36
   (1) Recalcitrant Witnesses
   (2) Attorney Charles Eads Brown
       Pollutes the Well at Jury Selection

XI. Collusion and Conspiracy                             Pg. 38
    (1) Private Individuals and Entities
    (2) Government Officials, City, County,
        State, and Federal

19

XII. Criminal Statute Violations                        Pg. 40

XIII. Intentional Destruction of Evidence               Pg. 41

XIV. Interference                                       Pg. 43
     (1) HUD case Number 06-06-0293-8
     (2) Charles Eads Brown, Eviction Attorney
         Falcon Ridge Apartments Austin, Texas

XV. Megan Monique Goeres Galloway Sarwal                Pg. 44
     (1) Tenant Apartment 1033
     (2) Falcon Ridge Apartments Volunteer
         Paid for Witness
     (3) Trials January 26, 2006 and
         June 16, 2006

XVI. Seton Shoal Creek Hospital Austin, TX              Pg. 50
     July 6, 2006 through July 12, 2006

XVII. Unlawful Reletting Fees-Double Rent               Pg. 52
     $3, 893.00
     (1) Falcon Ridge Apartments Austin, TX
     (2) Real Page/One-Site-Tenant
         Eviction/Credit Reporting
         Carrollton, Texas

XVIII. Carl M. Weeks, Investigator                      Pg. 53
     Weeks & Associates Austin, Texas
     (1) Case Number 951.06-242
     (2) Michael Buesgens VS. Falcon Ridge Apts

XIX. State Farm Insurance Companies                     Pg. 54
     Tenant/Renter Policy No. 83-LV-0578-9
     Falcon Ridge Apartments Austin, Texas

XX. HUD Freedom of Information Act (FOIA)          Pg. 55
     HUD Privacy Act
     (1) HUD case Number 06-06-0293-8
     (2) U.S. Department of Housing & Urban
         Development

XXI. U.S. Attorney Office Nationwide               Pg. 56

XXII. Extended Stay Hotel, Inc Austin, TX          Pg. 56
     (1) Total Rent Bill $40,000.00
     (2) July 17, 2006 through October 21, 2008

XXIII. The Mayes Family                            Pg. 57
     (1) The Heights Apartments
     (2) Liberty Management Group
         Milwaukie, Oregon

XXIV. Michael A. Force, President                  Pg. 58
     (1) Brenda A. Morgan, Property Manager
     (2) Mary Banks, Apartment Manager
     (3) Sandpiper Apartments
     (4) D/B/A Westcal Management
     (5) Pacific Cities Management
         Carmichael and Sacramento, CA

XXV. HUD and U.S. Attorney Office                  Pg. 64

XXVI. Tenant Eviction Credit Reporting             Pg. 65
     Tenant Screening Companies

XXVII. Conclusion                                  Pg. 71

XXVIII. Plaintiff Michael L. Buesgens moves to     Pg. 72
        California October 21, 2008

XXIX. Origins of Housing Discrimination          Pg. 72
      Humboldt County, California
      (1). Eureka, CA
      (2). Arcata, CA
      (3). McKinleyville, CA

XXX. Humboldt County, California                 Pg. 75
      Housing Discrimination

XXXI. Fair Housing Act Humboldt County, CA       Pg. 79

XXXII. Facts                                     Pg. 81

XXXIII. Claims                                   Pg. 95

XXXIV. Relief                                    Pg. 102

XXXV. Informa Pauperis                           Pg. 104

XXXVI. Jury Demand                               Pg. 104

XXXVII. Certificate of Service                   Pg. 104

# I. **JURISDICTION**

## **UNITED STATES DEFENDANT**

1. 28 USC Section 1346 (b) (1) and (C)

Kim Kendrick, Assistant Secretary U.S. Department of

Housing & Urban Development Defendant

2. 28 USC Section 1346 (b) (1) and (C)

U.S. Department of Housing & Urban Development

Defendant

3. Civil Rights Act of 1871

4. 42 USC Section 1983 Deprivation of Rights

5. 42 USC Section 1985 (a) and (b) Conspiracy to

Interfere with Civil Rights

6. 42 USC Section 1986 Neglect to Prevent

7. 42 USC Section 1988 vindication of civil rights

## **FEDERAL QUESTION**

8. 28 USC Section 1331 claims alleged herein arise

under the laws of the United States.

    9. 28 USC Sections 2671-2680 et seq
       Federal Tort Claims Act (FTCA) (Form SF95)
       A. Personal Injury
       B. HUD case Number 06-0-0293-8

23

10. 5 USC Section 552 et seq
    Freedom of Information Act (FOIA)
    A. HUD case Number 06-06-0293-8
    B. HUD Administrative File

11. 5 USC Section 552(a) et seq
    Privacy Act
    A. HUD case Number 06-06-0293-8
    B. HUD Administrative File

12. 15 USC Section 1681 et seq
    Fair Credit Reporting Act (FCRA)
    A. Failure to provide Tenant/Credit Report

## DIVERSITY

13. 28 USC Section 1332 (a) (1)
    A. California
    B. Oregon
    C. Kansas
    D. Texas

## CIVIL RIGHTS

14. 28 USC Section 1343 (a) and (1) (2) (3) (4)

15. 28 USC Section 1361

16. 28 USC Section 1367 (a)

This court has supplemental jurisdiction to hear

and determine plaintiff Buesgens state law claims

because those claims relate to Buesgens federal law

claims and arise out of the common nucleus of the

following related facts:

24

A. Housing Discrimination

B. Reasonable Accommodation Denied

C. Apartment Rental Application Denied

C. Refusal to provide copy of Tenant/Credit Report

## II. **VENUE**

17. 28 USC Section 1391 (b) (2) Venue is proper in the Northern District of California in that the unlawful conduct that gives rise to this claim occurred within the Northern District of California.

## III **CITIZENSHIP OF PRINCIPAL PARTIES**

18. Plaintiff Buesgens is citizen of Humboldt County, California. Defendants are citizens of Humboldt County, California, San Francisco County, California, Cook County, Illinois, and Harris County, Texas.

## IV. **PARTIES**

19. Each of the defendants named herein is sued in his or her individual capacity and in their official capacity.

## V. INTRODUCTION

1. Plaintiff Buesgens is 58 year-old person living with medical disability bipolar disorder and attention deficit disorder, who now **resides** in **Fortuna, CA.** Mr. Buesgens is a handicapped person within the meaning of the federal Fair Housing Act, 42 U.S.C. Section 3602(h) Americans with Disabilities Act, 42 U.S.C. section 12101 et seq, Rehabilitation Act of 1973, as amended, 29 U.S.C. section 701, and a disabled person within the meaning of California Government Code section 12955.3.

2. Plaintiff brings this action on behalf himself and as a representative of the public pursuant to California Business and Professions Code section 17204.

3. Plaintiff Buesgens has **housing discrimination complaint** against the foregoing defendants.

4. Plaintiff Buesgens apartment rental application and **reasonable accommodation request denied** by real estate brokers, property owners, and property managers Humboldt County, California.

26

5. Plaintiff Buesgens reasonable accommodation request, **change in policy and rules** for his tenant eviction and credit history to accommodate his medical disability.

6. Buesgens accommodation request is **necessary** to afford him the equal opportunity to use and enjoy dwelling.

7. Plaintiff Buesgens request is **reasonable**. There is **neither cost, nor undue hardship** for property owners, property managers, and real estate brokers.

8. Tenant Buesgens has the **ability** to pay rent and deposit.

9. The foregoing Humboldt County, California defendants have **refused** to make the accommodation.

## VI. BACKGROUND

10. Plaintiff Buesgens housing discrimination litigation is **complex,** multi-district, multi-party litigation, and has multiple causes of action.

27

## RELATED DISCRIMINATION
## HOUSING AND EMPLOYMENT
## FALCON RIDGE APARMTENTS
## COMMISSIONERS INTERNAL REVENUE SERVICE

11. Plaintiff Buesgens is **former IRS employee**.
Buesgens **reasonable reassignment** requests **denied caused**
Buesgens **involuntary** disability retirement at **IRS**
Austin, Texas **March 7, 2005** and administrative claims
filed under the **Federal Tort Claims Act**.

12. Plaintiff Buesgens is **former tenant** Falcon
Ridge Apartments. Buesgens reasonable accommodation
requests a change in policy and rules **denied caused**
Buesgens housing discrimination complaint **HUD** case
Number **06-06-0293-8** and administrative claims filed
under the **Federal Tort Claims Act**.

13. Falcon Ridge Apartments is **located** one mile
from Commissioners Internal Revenue Service Austin,
Texas. **Many** IRS employees lived at Falcon Ridge
Apartments.

28

## ARNOLD CARL TAUCH AND JACK CREGG MOSS
## FALCON RIDGE APARTMENTS

14. Plaintiff Buesgens housing discrimination complaints in Humboldt County, California, Sacramento County, California, Clackamas County, Oregon, Johnson County, Kansas, and Travis County, Texas **arise** from **housing discrimination**, and **retaliatory eviction** at Falcon Ridge Apartments Travis County, Texas.

15. **Arnold Carl Tauch** and **Jack Cregg Moss**, property owners Falcon Ridge Apartments has **refused** to provide former tenant Michael Buesgens **tenant history** to Humboldt County real estate brokers, property managers, and property owners.

16. Mr. Tauch and Mr. Moss **refusal** to provide Plaintiff Buesgens Falcon Ridge Apartments tenant history has **contributed** to Michael Buesgens housing discrimination complaints and reasonable accommodation denied in Humboldt County, California.

## VII. EVICTION CASE NUMBER 041509
## FALCON RIDGE APARTMENTS
## JUSTICE OF THE PEACE, PRECINCTS 3 AND 5
## TRAVIS COUNTY, AUSTIN, TEXAS

FALCON RIDGE APARTMENTS

    Plaintiff

**V.**

MICHAEL L. BUESGENS

    Defendant

17. Tenant Buesgens housing discrimination litigation began in **November 2005** at **Falcon Ridge Apartments** Travis County, Austin, Texas.

18. Plaintiff Buesgens **moved** into Falcon Ridge Apartments 500 East Stassney Lane, **Apartment 1023** Travis County, Austin, Texas 78745 on **June 28, 2003.**

19. Tenant Buesgens **renewed** his apartment lease contract on **December 5, 2005** for the period **December 26, 2005** through **October 22, 2006** at **$619.00** per month.

20. **Arnold Carl Tauch** and **Jack Cregg Moss** Houston, Texas are Falcon Ridge Apartments property owners.

30

21. **Arnold Carl Tauch** and **Jack Cregg Moss** are real

estate developers at Falcon Group, Harris County, 5225

Katy Freeway, Ste 530 Houston, Texas 77007.

22. Arnold Carl Tauch and Jack Cregg Moss **denied**

Tenant Buesgens reasonable accommodation requests

**November 19, 2005, December 22, 2005, June 19, 2006,**

and **June 29, 2006.**

## ATTORNEYS
## FALCON RIDGE APARTMENTS
## FALCON APARTMENTS OF AUSTIN I, INC
## FALCON GROUP
## HOUSTON, TEXAS

23. Charles Eads Brown, Attorney, Broker
    3624 North Hills Drive, B100
    Austin, Texas 78731
    Phone: 512-346-6000/Fax: 512-346-6005
    Email: cbrown@charlesbrownlaw.com

24. Gregory Scott Cagle, Attorney
    Armbrust & Brown, LLP
    100 Congress Avenue, Ste 1300
    Austin, Texas 78701
    Email: gcagle@abaustin.com

25. Shelley Bush Marmon, Attorney
    Crady, Jewett, McCulley, LLP
    2727 Allen Parkway, Ste 1700
    Houston, Texas 77019
    Email: samarmon@cjmlaw.com

31

## OREGON AND NINTH CIRCUIT ATTORNEYS

26. Douglas G. Houser, Owner, Respondeat Superior
27. Lloyd Bernstein, Attorney
28. Maren J. Holmboe, Attorney
29. Lisa Lear, Attorney
30. R. Daniel Lindahl, Appellate Attorney
    Bullivant, Houser, Bailey, PC
    888 SW 5th Avenue, Ste 300
    Portland, Oregon 97204

31. See Bullivant, Houser, Bailey, PC in the

following **related** housing discrimination cases:

        A. Civil Number 3:07CV00043-GMK
           U.S. District Court Portland, OR

        B. Ninth Circuit Appeal Number 07-35578

        C. Civil Number 3:08CV04061-PJH
           U.S. District Court San Francisco, CA

        MICHAEL L. BUESGENS
                Plaintiff

   **V.**

        Scott H. Galloway, Recalcitrant Witness
        Falcon Ridge Apartments
                Defendant

32. **Arnold Carl Tauch, Jack Cregg Moss,** and their

attorneys Charles Eads Brown, Gregory Scott Cagle, and

Shelley Bush Marmon **denied** that tenant Buesgens had

apartment lease contract at **Falcon Ridge Apartments.**

32

33. From **December 2005** through **June 2006** Arnold

Carl Tauch, Jack Cregg Moss, and their attorneys

Charles Eads Brown, Shelley Bush Marmon, and Gregory

Scott Cagle **refused** to accept tenant Michael Buesgens

monthly rent payment of **$619.00.**

34. Tenant Buesgens reasonable accommodation

request, a **change in policy and rules** at Falcon Ridge

Apartments **denied.** Plaintiff Buesgens requested that no

large dogs live directly above him in apartment **1033**

because the **constant noise** on the ceiling of his

apartment **aggravated** his medical disability bipolar and

attention deficit disorder.

## VIII. DUAL FILED HUD CASE NUMBER 06-06-0293-8
## U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
## CITY OF AUSTIN, TEXAS FAIR HOUSING OFFICE
## FAIR HOUSING EQUAL OPPORTUNITY (FHEO)
## FAIR HOUSING ASSISTANCE PROGRAM (FHAP)

35. Tenant Buesgens filed housing discrimination

complaint with U.S. Department of Housing & Urban

Development on **December 28, 2005.**

36. See Dual Filed HUD case Number 06-06-0293-8,

City of Austin, Texas, and HUD **administrative closure**

**February 17, 2006 based on trial has begun** in Arnold
Carl Tauch and Jack Cregg Moss retaliatory eviction
suit trial **January 26, 2006.**

### FEDERAL TORT CLAIMS ACT-FORM SF95

37. Plaintiff Buesgens filed **two** administrative
tort claims, **form SF95,** filed under the **Federal Tort
Claims Act** (2006 and 2007) against the U.S. Department
of Housing & Urban Development for their **misconduct** in
administrative closure of HUD case Number 06-06-0293-8.

38. Plaintiff Buesgens **personal injury** federal
tort claims against U.S. Department of Housing & Urban
Development **not litigated** in any forum.

### HUD CASE NUMBER 06-06-0293-8
### HOUSING DISCRIMINATION

39. **HUD does not have discretion** to close
Plaintiff Buesgens housing discrimination complaint
against Falcon Ridge Apartments based on trial has
begun in Arnold Carl Tauch, Jack Cregg Moss, and Falcon
Ridge Apartments **eviction trial** against tenant Buesgens
**January 26, 2006.**

34

40. Arnold Carl Tauch and Jack Cregg Moss

**responded** to tenant Buesgens reasonable accommodation

requests and housing discrimination complaint with

**retaliatory eviction complaint** filed **December 30, 2005**

at Justice of the Peace Precinct Numbers 3 and 5 Travis

County, Austin, Texas.

## IX. CHARLES EADS BROWN, EVICTION ATTORNEY FALCON RIDGE APARTMENTS

41. See Eviction **case** Number **041509,** jury trial

**January 26, 2006** and Falcon Ridge Apartments eviction

attorney Charles Eads Brown 3624 North Hills Drive,

B100 Austin, Texas 78731.

42. **Charles Eads Brown, Eviction Attorney, Real**

**Estate Broker misconduct** at jury selection-voir dire

**January 26, 2006** and his **interference** in Buesgens

housing discrimination complaint **contributed** to

Buesgens losses at eviction trial, eviction appeal

trial, and at U.S. Department of Housing & Urban

Development.

43. Attorney Brown **polluted the well** at **voir dire**

with his talk about Buesgens medical disability and

35

bipolar medications on **January 26, 2006** at Justice of the Peace Precinct Number 5 Travis County, Austin, Texas eviction case Number 041509.

44. The **sole issue** in eviction and unlawful detainer is possession of the property.

## X. VOIR DIRE MEMBERS-JURY SELECTION

45. There were approximately **18 voir dire members** at jury selection for Falcon Ridge Apartments eviction trial **January 26, 2006.**

46. Plaintiff Buesgens has **contacted** voir dire members by mail in **2006, 2007,** and **2008**. Buesgens requested voir dire member's **testimony** against Falcon Ridge Apartments attorney Charles Eads Brown. Voir dire members **refuse** to respond to Buesgens requests for testimony.

47. Travis County Courts and U.S. District Court Austin, Texas **refused** to issue subpoena or summons for voir dire members.

36

48. See Plaintiff Buesgens case filing against **voir dire member** Alan Roswell Weiner. Mr. Weiner now lives in **Redmond, Washington.**

     A. Civil Number 2:07CV01846-TSZ-RAJ
       U.S. District Court Seattle, Washington

     B. Ninth Circuit Appeal Number 08-35202

       Michael L. Buesgens

          Plaintiff-Appellant

       **V.**

       Alan Roswell Weiner, Recalcitrant Witness
       Voir Dire Member, Microsoft Employee

          Defendant

49. See Arnold Carl Tauch, Jack Cregg Moss, and Falcon Ridge Apartments attorney Shelley Bush Marmon, Crady, Jewett, McCulley Houston, Texas **appearance** in civil Number 2:07CV01846-TSZ-RAJ and Ninth Circuit Appeal Number 08-35202.

50. **Shelley Bush Marmon** does not have license to practice law in Washington or the Ninth Circuit.

## XI. **COLLUSION AND CONSPIRACY**

51. Plaintiff Buesgens alleges **collusion** and

**conspiracy in violation of 43 USC section 1983, section**

**1985 (2) and (3), and section 1986** amongst and between

the following:

      (1). Arnold Carl Tauch, Property Owner
         Falcon Ridge Apartments

      (2). Jack Cregg Moss, Litigation Manager
         Falcon Ridge Apartments

      (3). Falcon Ridge Apartments

      (4). Falcon Ridge Apartments attorneys
         Texas and Oregon

      (5). Megan Monique Goeres, Companion
         Falcon Ridge Apartments

      (6). Andiruh Dev Sarwal, Weimaraner Dog
         Austin, Texas
      (7). Melanie Plowman Sarwal, Spouse

      (8). Patricia Goeres Galloway, Mom
         West Linn, Oregon

      (9). Scott H. Galloway, Stepfather

      (10). Ryan Eugene Goeres, Brother
         Midland, Texas

      (11). Mandy Marie Rogers, Manager
         Falcon Ridge Apartments
         Austin, Texas

(12). Amanda Nicollet Wilson-Torres, Leasing
Agent Falcon Ridge Apartments

(13). Leann Behl, Assistant Manager
Falcon Ridge Apartments

(14). Samantha Dawn Shepherd, Assistant
Manager Falcon Ridge Apartments
A. $3, 893.00 Unlawful Reletting Fees
B. Real Page One Site Tenant
Eviction/Credit Report

(15). Dorienne Arzu Bonilla, IRS Supervisor,
Former Tenant Falcon Ridge Apartments
Apartment 734

(16). State Farm Insurance Companies
Tenant/Renter Policy No. 83-LV-0578-9

(17). Travis County, Texas

(18). City of Austin, Texas

(19). State of Texas

(20). U.S. Department of Housing & Urban
Development
A. HUD case Number 06-06-0293-8
B. Federal Tort Claims Act (FTCA)

(21). R. Barry Robinson, AUSA
U.S. Attorney Office,
Austin, Texas
A. HUD case Number 06-06-0293-8
B. EEOC case Number 360-2003-8286X
C. MSPB case Number DA-1221-06-0171-W1
D. Civil Number 1:05CV00243-SS
E. IRS Bankruptcy Crimes case
Number 06-11164-FRM

(22). Travis County, Texas Courts

(23). U.S. District Court Austin, Texas

(24). Voir Dire Members-Trial 01/26/2006
Falcon Ridge Apartments

## XII. **CRIMINAL STATUTE VIOLATIONS**

52. The foregoing individuals, persons, entities,

City, County, State, and Federal Government Agencies in

violation of the following statutes:

(1). 18 U.S.C. Sections 1503, 1505, and 1509,
Obstruction of Justice

(2). 18 U.S.C. Section 1512 (b)(1)
Obstruction of Justice

(3). 18 U.S.C. Section 1512 (b) (2) (A), (B),
(C), and (D), Obstruction of Justice

(4). 18 U.S.C. Section 1512 (d) (1)
Obstruction of Justice

(5). 18 U.S.C. Section 1028 (a) (1)
Fraud and False Statements

(6). 18 U.S.C. Section 1621 (1) and (2)
Perjury

(7). 18 U.S.C. Section 1622
Subornation of Perjury

(8). 18 U.S.C. Section 1623 (a)
False Statements before Court

(9). 18 U.S.C. Section 402
       Contempts Constituting Crimes

## XIII. **INTENTIONAL DESTRUCTION OF EVIDENCE**
## **SPOILATION OF EVIDENCE**

53. Plaintiff Buesgens alleges that U.S. Attorney

Office, U.S. Department of Housing & Urban Development,

persons, and entities intentionally destroyed records

in the following related cases:

(1). HUD case Number 06-06-0293-8
     A. Housing Discrimination
     B. Falcon Ridge Apartments

(2). Eviction case Number 041509
     Falcon Ridge Apartments
     A. Arnold Carl Tauch, Property Owner
     B. Jack Cregg Moss, Litigation Manager

(3). Civil Number 1:06CV00226-LY-RP
     Michael Buesgens V. Falcon Ridge Apartments
     U.S. District Court Austin, Texas

(4). IRS-TD-EEO case 03-2339
     A. Reasonable Reassignment Denied
     B. Commissioners Internal Revenue Service

(5). EEOC Telephone case Number 360-2003-8286X
     Michael L. Buesgens V. Department of the
     Treasury

(6). MSPB case Number DA-1221-06-0171-W-1
     Michael L. Buesgens V. Department of the
     Treasury

41

    (7). Civil Number 1:05CV00243-SS
        U.S. District Court Austin, Texas
        Michael L. Buesgens V. Department of the
        Treasury

    (8). IRS Bankruptcy Crimes case Number 06-11164
        A. Donald Ray Tawney Jr., Debtor,
           IRS Manager
        B. Cheryl Ann Maxwell Bauman Rountree
           Tawney, Spouse, IRS Manager

54. Buesgens alleges there is **coordinated and**

**consolidated** effort amongst and between the foregoing

to prevent voir dire members from testifying, HUD

fraudulent concealment of administrativre record for

HUD case Number 06-06-0293-8, and conspiracy to deny

Plaintiff Buesgens insurance claims filed under his

tenant/renter policy at State Farm Insurance Companies.

55. U.S. Attorney Office and U.S. Department of

Housing & Urban Development has **stake** in Plaintiff

Buesgens litigation against Falcon Ridge Apartments.

See **HUD** case Number **06-06-0293-8** and Buesgens **petitions**

**for review** at Fifth Circuit, Petition Number **06-60777**

and Tenth Circuit petition Number **07-9574**.

## XIV. INTEFERENCE

56. Attorney Brown **interfered** in Buesgens dual filed HUD case Number 06-06-0293-8 at City of Austin, Texas Fair Housing Office, and U.S. Department of Housing & Urban Development, **in violation** of 42 U.S.C. section 3617.

57. **Charles Eads Brown,** Eviction Attorney **sent** letter dated **February 10, 2006** with exhibits of court filings from eviction trial **January 26, 2006** at Justice of the Peace Precinct Number 5 to HUD and City of Austin Fair Housing Office.

58. HUD and City of Austin Texas Fair Housing Office **responded** to Attorney Brown letter by **sending** Plaintiff Buesgens letter dated **February 17, 2006**. **Notifying** Buesgens of **administrative closure** of his dual filed HUD case Number 06-06-0293-8 **based on trial has begun (January 26, 2006)** in Arnold Carl Tauch, Jack Cregg Moss and Falcon Ridge Apartments **eviction trial** against tenant Buesgens.

43

## XV. MEGAN MONIQUE GOERES
## ANDIRUH DEV SARWAL
## MELANIE PLOWMAN SARWAL
## RYAN EUGENE GOERES
## SCOTT GALLOWAY
## PATRICIA GOERES GALLOWAY

59. Arnold Carl Tauch, Jack Cregg Moss, and Falcon
Ridge Apartments had **volunteer paid for witness Megan
Monique Goeres** testify against tenant Michael L.
Buesgens in **two** trials on **January 26, 2006** and **June 16,
2006.**

60. **Megan Monique Goeres** lived with **Andiruh Dev
Sarwal**, attorney, real estate developer in a one-
bedroom apartment at Falcon Ridge Apartments 500 East
Stassney, Apartment **1033** Austin, Texas 78745.

61. Andiruh Dev Sarwal is the **owner** of Weimaraner
dog that tenant Buesgens complained about.

62. **Megan Monique Goeres** did not have Falcon Ridge
Apartments **pet addendum** for **Weimaraner dog.**

63. **Andiruh Dev Sarwal**, Attorney was not on Megan
Monique Goeres Falcon Ridge Apartments lease contract.

44

64. Andiruh Dev Sarwal is **married** to Melanie Plowman Sarwal, Attorney **Weil, Gotshal, Manges** Austin, Texas.

65. **Scott H. Galloway,** Defendant civil action Number 4:07CV04061-PJH West Linn, Oregon is Megan Goeres **stepfather.**

66. **Patricia Goeres Galloway** West Linn, Oregon is Megan Goeres **mother.**

67. Ryan Eugene Goeres Midland, Texas is Megan Goeres **brother** and **weimaraner dog exerciser** at Falcon Ridge Apartments.

68. Weimaraners are large high-energy dog and not suited to apartment living. Weimaraner dogs are **different** from other large dogs in that they require vigorous exercise every day.

69. Weimaraner dogs **suffer** when left alone for long periods. **Megan Monique Goeres** and her companion **Andiruh Dev Sarwal** left Weimaraner dog alone for 10 to 12 hours per day in a cage at their small one bedroom Falcon Ridge Apartment, Apartment Number **1033.**

45

70. Plaintiff Buesgens alleges that Megan Monique Goeres **received compensation** for her testimony against him at trial **January 26, 2006** and eviction appeal trial **June 16, 2006** Travis County Austin, Texas.

71. Plaintiff Buesgens alleges that **Megan Monique Goeres** received the following compensation:

A. In **January 2006,** Goeres moved to larger apartment at Falcon Ridge Apartments and received **reduced fee.**

B. **Goeres** purchased home on **July 3, 2006** for sales price **$186,000.00.** Buesgens alleges that **Arnold Carl Tauch, Jack Cregg Moss,** and **Andiruh Dev Sarwal** paid **$45,000.00** down payment on Goeres home in return for her services.

72. In **2005** and **2006,** Megan Goeres was driving a late model car with approximate value of **$2,000.00.**

73. Plaintiff Buesgens alleges that **recalcitrant witnesses** Scott Galloway, Patricia Goeres Galloway, and Ryan Eugene Goeres has **evidence of wrongdoing** by Arnold Carl Tauch, Jack Cregg Moss, Andiruh Dev Sarwal, and

46

Megan Monique Goeres that **supports** his claims of **housing discrimination** at **Falcon Ridge Apartments**.

74. Megan Monique Goeres, Weimaraner dog owner Falcon Ridge Apartments 500 East Stassney, Apartment **1033** Austin, Texas 78745 **testified** against tenant Buesgens.

75. In **November** and **December 2005** Plaintiff Buesgens complained about Weimaraner **dog noise** to Falcon Ridge Apartments managers Mandy Marie Rogers, Leann Behl, Amanda Nicollete Wilson-Torres, Samantha Dawn Shepherd, and City of Austin Police and Austin Animal Control.

76. **Charles Eads Brown**, Eviction Attorney **decided** that tenant Buesgens complaints were **harassment** and that was his and Megan Goeres complaint at eviction trial January 26, 2006.

77. **Megan Monique Goeres** whined and cried the entire time at eviction **jury trial** January 26, 2006.

78. **Charles Eads Brown**, Eviction Attorney took the stand himself at eviction trial and **complained** about

47

tenant Buesgens. Mr. Brown **complained** that he has never had to spend so much time on eviction and told the jury he was entitled to **$10,000.00** attorney fees.

79. The jury awarded Attorney Brown, Arnold Carl Tauch, Jack Cregg Moss, and Falcon Ridge Apartments the **maximum amount** allowed **$5,000.00** on January 26, 2006.

80. Tenant Buesgens filed appeal to Travis County Court at Law Number 1 and paid cash appeal bond of **$10,000.00** on **January 29, 2006.**

81. Buesgens **$10,000.00** appeal bond **turned over** to Arnold Carl Tauch and Jack Cregg Moss at Falcon Ridge Apartments in **September 2006.**

82. Eviction appeal cause Number C-1-CV-06-000678 Travis County Court at Law Number 1 Austin, Texas. Trial **June 16, 2006. Megan Monique Goeres** volunteer paid for witness **testified** against tenant Michael L. Buesgens.

83. Plaintiff Buesgens **loses** eviction appeal cause Number C-1-CV-06-000678 on **June 16, 2006** at Travis County Court at Law Number 1 Austin, Texas.

48

84. Judge J. David Phillips **orders** the following: Buesgens must pay Arnold Carl Tauch, Jack Cregg Moss, Falcon Ridge Apartments, and attorneys Charles Eads Brown, Shelley Bush Marmon, and Gregory Scott Cagle **$30,000.00**. Moreover, if Buesgens appeals to Third Court of Appeals Austin, Texas, he must pay **$5,000.00** more and if he appeals to Texas Supreme Court, he must **$5,000.00** more.

85. Plaintiff Buesgens lived at Falcon Ridge Apartments after the first trial **January 26, 2006** and still lived at Falcon Ridge Apartments on **June 16, 2006.**

86. **Writ of possession** executed at Falcon Ridge Apartments **July 6, 2006** at 10:00 am.

87. Buesgens was at his doctor's office J. Rex Wier III, MD for 10:00 am appointment on July 6, 2006. Buesgens was **not present** at writ of possession.

49

## XVI. SETON SHOAL CREEK HOSPITAL AUSTIN, TEXAS

88. Plaintiff Buesgens admitted Seton Shoal Creek Hospital **July 6, 2006** for decompensate bipolar and discharged on **July 12, 2006.** Total hospital cost **$7,390.00** paid for by Buesgens Blue Cross Blue Shield federal employee plan health insurance.

89. Buesgens possessions **stolen and removed,** from his apartment number **1023,** Falcon Ridge Apartments, **July 6, 2006** through **July 12, 2006.**

90. Plaintiff Buesgens had **10 boxes** of medical records and federal court evidence for **pending** and **potential** litigation. Buesgens alleges his medical records and federal court evidence **turned over** to **R. Barry Robinson,** Assistant U.S. Attorney, and U.S. Attorney Office Austin, Texas.

91. Plaintiff Buesgens had the following **pending** litigation:

> A. **Civil Number 1:06CV00226-LY-RP**
> Housing Discrimination
> U.S. District Court Austin, Texas

50

Michael L. Buesgens
            Plaintiff

   **V.**

Falcon Ridge Apartments, et al
            Defendants

B. **Civil Number 1:05CV00243-SS**
   IRS Employment Discrimination
   U.S. District Court Austin, Texas

Michael L. Buesgens
            Plaintiff

   **V.**

John W. Snow, Secretary
Department of the Treasury

C. **MSPB case Number DA-1221-06-0171-W-1**
   U.S. Merit Systems Protection Board

Michael L. Buesgens
            Petitioner

   **V.**

Department of the Treasury
            Respondent


92. Plaintiff Buesgens is **former IRS employee**.

Buesgens **reasonable reassignment** requests **denied** at the

Commissioners Internal Revenue Service **caused** his

**involuntary** disability retirement on **March 7, 2005.**

51

93. Plaintiff Buesgens alleges that **IRS employees** living at Falcon Ridge Apartments **talked** to Falcon Ridge Apartments managers about his medical disability and involuntary disability retirement at IRS.

94. For example **Dorienne Arzu Victoria Bonilla**, IRS supervisor lived in **apartment 734 Falcon Ridge Apartments** and Dorienne Bonilla was **former supervisor** for Plaintiff Buesgens at Internal Revenue Service Customer Service Building 1821 Directors Blvd Austin, Texas 78744.

95. IRS employee's **discrimination** against Buesgens at Falcon Ridge Apartments **contributed** to Falcon Ridge Apartments adverse actions and housing discrimination.

## XVII. UNLAWFUL RELETTING FEES AND DOUBLE RENT

96. From **July 6, 2006** through **July 13, 2006** Arnold Carl Tauch, Jack Cregg Moss put **$3,893.00** charge on Buesgens tenant credit report at **Real Page-One-Site Carrollton, Texas** tenant credit and eviction reporting company.

97. Arnold Carl Tauch and Jack Cregg Moss **now claim** that Plaintiff Buesgens does have apartment lease contract.

## XVIII. <u>CARL M WEEKS, PRIVATE INVESTIGATOR</u> <u>WEEKS AND ASSOCIATES AUSTIN, TEXAS</u>

98. Plaintiff Buesgens **hires** private investigator to **investigate** Megan Monique Goeres and the theft of his medical records and federal court evidence at Falcon Ridge Apartments.

99. **Carl Weeks informs** Buesgens that no one will talk to him and nothing he can do about that.

100. **Carl Weeks informs** Buesgens that Andiruh Dev Sarwal lived with Megan Goeres at Falcon Ridge Apartments.

101. Plaintiff Buesgens alleges that Carl Weeks is **concealing** information and evidence that **supports** his housing discrimination complaint against Arnold Carl Tauch, General Partner, Jack Cregg Moss, General Partner, and Falcon Ridge Apartments, et al.

102. Plaintiff Buesgens alleges that Carl Weeks, Private Investigator has information that supports his

53

personal injury and theft claims with State Farm
Insurance Companies.

## XIX. **STATE FARM INSURANCE COMPANIES**
## **TENANT/RENTER POLICY NUMBER 83-LV-0578-9**

103. Policyholder Buesgens has State Farm
**tenant/renter policy** at **Falcon Ridge Apartments**.

104. Plaintiff Buesgens filed **personal injury** and
**theft** claims at state farm from **July 6, 2006** through
**July 13, 2006, 2007,** and **2008.**

105. State Farm **refused** to pay Buesgens claims at
Falcon Ridge Apartments.

106. State Farm **cancelled** Buesgens tenant/renter
policy **August 2006.**

107. State Farm Insurance Companies **sent**
policyholder Buesgens **$110.00** refund check.

108. Policyholder Buesgens **did not** cash State Farm
Check and **sent** it back to State Farm.

109. **Jay Lawrence Vath,** State Farm adjuster did
investigation of Plaintiff Buesgens personal injury and
theft claims at **Falcon Ridge Apartments**.

110. State Farm **refuses** to **release** their **investigative record** to policyholder Buesgens and the courts.

111. Plaintiff Buesgens **served** subpoena duces tecum on **Jay Lawrence Vath** in civil Number **1:06CV00226-LY-RP** U.S. District Court for the Western District of Texas, Austin Division.

112. U.S. District Court for Western District of Texas Austin Division **refuses** to **enforce** Buesgens **service** of subpoena duces tecum.

## XX. HUD FREEDOM OF INFORMATION ACT HUD PRIVACY ACT

113. Plaintiff Buesgens **began** requesting U.S. Department of Housing and Urban Development **administrative record** for his housing discrimination complaint against Arnold Carl Tauch, Jack Cregg Moss, and Falcon Ridge Apartments, **HUD** case Number **06-06-0293-8** in **2006** and his requests continued in **2007** and **2008**.

114. U.S. Attorney Office and HUD **refuse** to **release** HUD administrative record for Plaintiff

55

Buesgens housing discrimination complaint against
Falcon Ridge Apartments.

## **XXI. UNITED STATES ATTORNEY OFFICE NATIONWIDE**

115. **U.S. Attorney Office** is **standing all over**
Plaintiff Buesgens related housing and employment
litigation. The **U.S. Attorney Office is in charge** of
Buesgens litigation. Federal agencies, private
individuals, and entities **regularly consult** with **U.S.
Attorney Office** for their **marching orders.**

## **XXII. HOTEL EXTENDED STAY, INC**

116. Plaintiff Buesgens **moves** into Extended Stay
Hotel on **July 17, 2006, because** no one will rent
apartment.

117. Buesgens **moves out** of Extended Stay Hotel on
**October 21, 2008.** Hotel bill **$40,000.00**

## XXIII. **THE MAYES FAMILY**
### **THE HEIGHTS APARTMENTS**
### **LIBERTY MANAGEMENT GROUP**
### **HOUSING DISCRIMINATION**
### **MILWAUKIE, OREGON**

118. December 2006 Michael L. Buesgens submitted apartment rental application and reasonable accommodation request to Gregory Mayes, **The Heights Apartments**, and Liberty Management Group Milwaukie, Oregon.

119. Plaintiff Buesgens **requested** change in policy and rules for his tenant eviction/credit history at Falcon Ridge Apartments Austin, Texas.

120. The **same** reasonable accommodation requests Buesgens made to Humboldt County, California real estate brokers, property owners, and property managers.

121. Gregory Mayes, property owner the Heights Apartments, Liberty Management Group **denied** Plaintiff Buesgens apartment rental application and reasonable accommodation request **January 2007.**

57

122. Gregory Mayes, William Mayes, and Shirley Mayes **refused** to give Plaintiff Buesgens a copy of his tenant/credit history report.

123. Plaintiff Buesgens **sent** numerous letters to Mayes Family in 2007 and 2008. Buesgens requested his tenant/credit report. The Mayes family **refuses** to respond.

### XXIV. MICHAEL A FORCE, PRESIDENT
### BRENDA A. MORGAN, PROPERTY MANAGER
### MARY BANKS, APARTMENT MANAGER
### SANDPIPER APARTMENTS
### D/B/A WESTCAL MANAGEMENT
### PACIFIC CITIES MANAGEMENT
### HOUSING DISCRIMINATION
### CARMICHAEL AND SACRAMENTO, CALIFORNIA

124. Plaintiff Buesgens apartment application and reasonable accommodation request submitted **August 2007**. Buesgens **requested** change in policy and rules for his eviction/credit history at **Falcon Ridge Apartments**. The **same** reasonable accommodation request he has with **Humboldt County, California** real estate brokers, property owners, and property managers.

58

125. Michael A. Force, Brenda A. Morgan, and Mary Banks **denied** Plaintiff Buesgens apartment application and reasonable accommodation request and **declared** that Buesgens does not have eviction.

126. Plaintiff Buesgens **sent** numerous letters in 2007 and 2008 requesting copy of his tenant/credit report to Michael A. Force, Brenda A. Morgan, and Mary Banks, Sandpiper Apartments, Sacramento, California.

127. Force, Morgan, and Banks Sandpiper Apartments **refused** to respond to Buesgens tenant/credit report requests until August 2008.

128. Michael A. Force, Brenda A. Morgan, and Mary Banks Sandpiper Apartments **sent** Plaintiff Buesgens letter notifying him that he does not have eviction at Falcon Ridge Apartments.

129. Force, Morgan, and Banks Sandpiper Apartments Sacramento, California made the decision that Buesgens did not have eviction. **Based** on reports they received from the following:

A. **Arnold Carl Tauch, Jack Cregg Moss,**

property owners, Falcon Ridge Apartments Austin, Texas.

B. **Thomas Harrington,** Registered Agent On-Site

Manager tenant eviction/tenant credit reporting company

Mountain View, California.

130. **Michael A. Force, Brenda A. Morgan,** and **Mary

Banks** notified Plaintiff Buesgens that his reasonable

accommodation request is **not necessary** because he does

not have eviction at Falcon Ridge Apartments.

131. On-Site Manager and Sandpiper Apartments

participated in fraudulent

132. Force, Morgan, and Banks told Buesgens they

**denied** his apartment application because he did not

have qualifying income to rent apartment.

133. Plaintiff Buesgens had the following income:

A. $1,393.00 monthly disability income from

Commissioners Internal Revenue Service

B. $2,000.00 monthly income from Individual

Retirement Account

134. The monthly rent at Sandpiper Apartments Sacramento, California is approximately $600.00 to $1,000.00.

135. Plaintiff Buesgens filed housing discrimination complaint against Michael A. Force, Brenda A. Morgan, and Mary Banks at U.S. Department of Housing and Urban Development San Francisco, California.

136. **R. Faye Austin**, General Counsel, and **Charles E. Hauptman**, Director Fair Housing Equal Opportunity, U.S. Department of Housing & Urban Development **Region 9** San Francisco, California **refused** to accept Plaintiff Buesgens **2007** housing discrimination complaint against Michael A. Force, Brenda A. Morgan, and Mary Banks Pacific Cities Management, Inc, Westcal Management and Sandpiper Apartments Sacramento, California.

137. **John W. Meyers**, Director, **Glen Youngblood**, Intake Specialist U.S. Department of Housing and Urban Development **Region 10** Seattle, Washington **refused** to accept Plaintiff Buesgens housing discrimination filed

61

in **2007** against the Mayes family, Liberty Management Group, the Heights Apartments Milwaukie, Oregon.

138. **HUD officials R. Faye Austin, Charles E. Hauptman, John Meyers,** and **Glen Youngblood refused** to accept Buesgens housing discrimination complaint against Sandpiper Apartments Sacramento, California and the Heights Apartments Milwaukie, Oregon **because his housing discrimination complaint against them arises from his housing discrimination complaint against Falcon Ridge Apartments Austin, Texas.**

139. **See HUD case Number 06-06-0293-8** and **administrative closure** February 17, 2006 **based on trial has begun** in Arnold Carl Tauch, Jack Cregg Moss property owners Falcon Ridge Aparrments eviction trial January 26, 2006.

140. **HUD does not have discretion** to close Buesgens housing discrimination complaint against Falcon Ridge Apartments **based** on trial has begun in their eviction suit against defendant Buesgens.

141. Plaintiff Buesgens filed housing discrimination complaint, case Number **07-H-066** against Sandpiper Apartments with **Dana E. Wallack,** Staff Attorney, **Richard K. Uno,** Staff Attorney Human Rights/Fair Housing Commission of the City and County of **Sacramento, California.**

142. Plaintiff Buesgens alleges that Wallack, Uno, and the Human Rights/Fair Housing Commission of the City and County of Sacramento **failed** to provide Buesgens a complete copy of their investigation of his housing discrimination complaint against Michael A. Force, Brenda A. Morgan, Mary Banks, and Sandpiper Apartments.

143. **Because** of, Plaintiff Buesgens housing discrimination complaint against **Falcon Ridge Apartments** and **HUD misconduct** in administrative closure of **HUD case Number 06-06-0293-8** on **February 17, 2006** based on trial has begun in **Arnold Carl Tauch, Jack Cregg Moss,** property owners Falcon Ridge Apartments eviction trial **January 26, 2006.**

## XXV. HUD AND U.S. ATTORNEY OFFICE

144. HUD case Number 06-06-0293-8 is ripe for

**reversible error** back to **December 28, 2006.** HUD and

U.S. Attorney Office have done everything they can to

prevent reversible error.

145. See HUD and U.S. Attorney Office in

Petitioner Buesgens **Petitions for Review** of **HUD** case

Number **06-06-0293-8** at Fifth Circuit Court of Appeals

and Tenth Circuit Court of Appeals.

> A. Petition for Review Number **06-60777**
>    Fifth Circuit Court of Appeals
>
> B. R. Barry Robinson, AUSA, Austin, Texas
>
> C. Petition for Review Number **07-9574**
>    Tenth Circuit Court of Appeals
> D. Michael C. Johnson, AUSA, Denver, Colorado

146. HUD and U.S. Attorney Office **refused** to

provide HUD case Number 06-06-0293-8 **administrative**

**record** for review at **Fifth Circuit** Court of Appeals and

**Tenth Circuit** Court of Appeals.

64

## XXVI. <u>TENANT EVICTION/CREDIT REPORTING</u> NATIONWIDE TENANT SCREENING COMPANIES

147. The **players** National Tenant Network, **Lake Oswego, Oregon,** On-Site Manager, **Mountainview, California,** Real Page One-Site, **Carrollton, Texas.**

148. National Tenant Network (NTN) has **refused** to provide copy of their eviction/credit report for Falcon Ridge Apartments to Plaintiff Buesgens since **2006.**

149. National Tenant Network (NTN) **not registered** to transact business in California.

150. National Tenant Network (NTN) **reported** Plaintiff Buesgens eviction at Falcon Ridge Apartments to **Coldwell Banker/Cutten Realty Eureka, California** on **November 11, 2008.**

151. **On-Site Manager,** Mountainview, California **colluded** with Michael A. Force and Brenda A. Morgan Sandpiper Apartments, Sacramento, California to **not report,** Plaintiff Buesgens eviction history at Falcon Ridge Apartments, **because** of his reasonable accommodation requests at **Sandpiper Apartments.**

65

152. Real-Page One-Site Carrollton, Texas **refused** to respond to Plaintiff Buesgens eviction record requests at Falcon Ridge Apartments Austin, Texas since **2006**.

153. **Real Page One-Site** Carrollton, Texas **refused** to respond to Plaintiff Buesgens record requests for **Falcon Ridge Apartments** unlawful reletting charges and double rent charges of **$3,893.00**.

154. Plaintiff Buesgens alleges **Real Page One-Site** Carrollton, Texas **conspired** in **cover-up** with Arnold Carl Tauch and Jack Cregg Moss, property owners Falcon Ridge Apartments to **conceal** Buesgens eviction record and double rent charges **$3,893.00**.

155. **Arnold Carl Tauch, Jack Cregg Moss**, and their employee **Samantha Dawn Shepherd**, Manager Falcon Ridge Apartments charged Plaintiff Buesgens **$3,893.00** in double rent charges **July 6, 2006** through **July 13, 2006** for his apartment lease contract that expired on **October 22, 2006**.

156. The **same** Falcon Ridge Apartment **lease contract** that Arnold Carl Tauch, Jack Cregg Moss and their attorneys Charles Eads Brown, **Shelley Bush Marmon**, and Gregory Scott Cagle **denied** Buesgens had in **HUD** case Number **06-06-0293-8,** eviction case Number **041509,** eviction appeal cause Number **C-1-CV-06-000678,** civil action Number **1:06CV00260-LY,** and civil action Number **1:06CV00226-LY-RP** Austin, Texas.

157. **Arnold Carl Tauch, Jack Cregg Moss,** General Partners, Real Estate Developers, Property Owners Falcon Ridge Apartments Houston and Austin, Texas has **refused** to provide Plaintiff Michael L. Buesgens tenant history to the following:

> (1). The Heights Apartments
>     A. Liberty Management Group
>     Milwaukie, Oregon
>
> (2). Sandpiper Apartments
>     A. D/B/A Westcal Management
>     B. Pacific Cities Management
>        Sacramento, California
>
> (3). Four Winds Apartments
>     Overland Park, Kansas
>
> (4). Passco Real Estate Enterprises
>     A. Passco Realty, Inc

     B. Passco Four Winds S, LLC
     C. Four Winds Apartments
      Irvine, California

   (5). Coldwell Banker/Cutten Realty
     Eureka, California

   (6). Cottage Realty
     McKinleyville, California

   (7). Humboldt Realty Corporation
     Humboldt Property Management
     Arcata, California

   (8). PMI Investments, Inc
     A. Professional Property Management
      Eureka, California

   (9). Strombeck Properties
     Arcata, California

   (10). Bode Executive Property Management
     Eureka, California

158. Arnold Carl Tauch, Jack Cregg Moss, and Falcon Ridge Apartments **refusal** to provide Plaintiff Buesgens **tenant history** to the foregoing real estate brokers, property owners, and property managers, **contributed** to their **denials** of his apartment application and reasonable accommodation request for change in rules and policy.

68

159. **Arnold Carl Tauch, Jack Cregg Moss,** and
Falcon Ridge Apartments want Plaintiff Buesgens
eviction/credit history when it **serves** their litigation
agenda.

160. Arnold Carl Tauch, Jack Cregg Moss, and
Falcon Ridge Apartments **conceal** Plaintiff Buesgens
eviction/credit history when it **serves** their litigation
agenda.

161. Arnold Carl Tauch, Jack Cregg Moss, and
Falcon Ridge Apartments **hired** the following Attorneys
and Law Firms to **serve** their litigation agenda:

> (1). Charles Eads Brown
> 3624 North Hills Drive, B100
> Austin, Texas 78731

> (2). Shelley Bush Marmon
> Crady, Jewett, McCulley, LLP
> 2727 Allen Parkway, Ste 1700
> Houston, Texas 77019

> (3). Gregory Scott Cagle
> Armbrust & Brown, LLP
> 100 Congress Avenue, Ste 1300
> Austin, Texas 78701

> (4). Douglas G. Houser
> (5). Maren J. Holmboe
> (6). Lloyd Bernstein
> (7). R. Daniel Lindahl, Appellate Attorney

69

(8). Lisa Lear
Bullivant Houser Bailey, PC
Lindahl Law Firm
888 SW Fifth Avenue, Ste 300
Portland, Oregon 97204

162. The U.S. Attorney Office and U.S. Department of Housing and Urban Development **support** the **misconduct** by Arnold Carl Tauch, et al, **because** of their **misconduct** in Plaintiff Buesgens housing discrimination complaint against Falcon Ridge Apartments, **HUD case Number 06-06-0293-8.**

163. HUD and City of Austin Fair Housing Office Austin, Texas did administrative closure on **February 17, 2006** of Plaintiff Buesgens **dual filed** housing discrimination complaint against Arnold Carl Tauch, Jack Cregg Moss, and Falcon Ridge Apartments **based on trial has begun** in Falcon Ridge Apartments eviction case Number **041509.**

164. **HUD does not have discretion** to do **administrative closure** of Plaintiff Buesgens housing discrimination complaint against Falcon Ridge Apartments **based on trial has begun** in Arnold Carl

70

Tauch and Jack Cregg Moss **unlawful detainer trial**
**January 26, 2006.**

165. Tenant eviction/credit reporting companies
National Tenant Network, On-Site Manager, Real Page
One-Site have **participated** in Falcon Ridge Apartments,
HUD, and U.S. Attorney **misconduct** with apartment owners
and property managers in California, Oregon, Kansas,
and Texas, by **concealing** Plaintiff Buesgens record
history and/or **refusing** to provide copy of his
tenant/credit report to him since **2006.**

## XXVII. CONCLUSION

166. Arnold Carl Tauch, Jack Cregg Moss, Falcon
Ridge Apartments, State Farm Insurance Companies, U.S.
Department of Housing and Urban Development, and U.S.
Attorney Office, et al., **misconduct** and **wrongdoing,**
Austin, Texas, in violation of Fair Housing Act,
Americans with Disabilities Act, and Rehabilitation Act
of 1973. Caused continuing violations, **produced** more
**players,** and **causes of action** in the following venues:

   A. California

71

B. Oregon

C. Washington

D. Kansas

167. Plaintiff Buesgens **related** IRS Housing and
IRS employment discrimination complaints that began in
Austin, Texas are now **continuing violations** in the
Ninth Circuit.

## XXVIII. PLAINTIFF BUESGENS MOVES TO CALIFORNIA

168. Plaintiff Buesgens moves to California on
**October 21, 2008** and arrives in Santa Rosa, California
on **October 23, 2008.**

169. Buesgens **moves** to Arcata, California on
**October 30, 2008** and begins looking for apartment the
following day.

## XXIX. ORIGINS OF PLAINTIFF BUESGENS HOUSING DISCRIMINATION COMPLAINT HUMBOLDT COUNTY, CALIFORNIA

170. Plaintiff Buesgens housing discrimination
complaints in Humboldt County, California, Clackamas
County, Oregon, Sacramento County, California, Johnson
County, Kansas, **arise** from the misconduct by **Arnold**

72

**Carl Tauch, Jack Cregg Moss, Falcon Ridge Apartments,**

Travis and Harris County, Texas, U.S. Department of

Housing & Urban Development, and U.S. Attorney Office

in the following cases:

(1) Dual Filed HUD case Number 06-06-0293-8
    A. City of Austin, TX Fair Housing Office
    B. HUD

(2) Eviction case Number 041509
    Justice of the Peace, Precincts 3 and 5
    Travis County Austin, Texas

(3) Appeal cause Number C-1-CV-06-000678
    Travis County Court at Law Number 1

(4) D-1-GN-06-000262-Housing Discrimination
    200th and 53rd Judicial District
    Travis County Austin, Texas

(5) 1:06CV00226-LY-RP
    Housing Discrimination Removal
    U.S. District Court Austin, Texas

(6) 1:06CV00260-LY
    Eviction case Removal
    U.S. District Court Austin, Texas

(7) Petition for Review Number 06-60777
    HUD case Number 06-06-0293-8
    Fifth Circuit Court of Appeals

(8) Civil Number 3:07CV00043-GMK
    U.S. District Court Portland, Oregon

(9) Ninth Circuit Appeal Number 07-35578

73

    (10) Civil Number 2:07CV01846-TSZ-RAJ
         U.S. District Court Seattle, WA

    (11) Ninth Circuit Appeal Number 08-35202

    (12) Civil Number 2:07CV02116-CM-JAR-JPO
         U.S. District Court Kansas

    (13) Petition for Review Number 07-9574
         HUD case Number 06-06-0293-8
         Tenth Circuit Court of Appeals

    171. Plaintiff Buesgens **denied**                     in

the United States because of his **housing discrimination**

complaint at Falcon Ridge Apartments Austin, Texas and

**Falcon Ridge Apartments** retaliatory eviction trials

**January 26, 2006** and **June 16, 2006**.

    172. In this action, Michael L. Buesgens **seeks**

monetary and declaratory relief against the foregoing

defendants for **implementing** and **enforcing** a **policy** that

has the purpose or effect of discriminating against

persons with a disability, or failing or refusing to

make reasonable accommodation for such persons, in

violation of federal and state fair housing laws.

## XXX. HOUSING DISCRIMINATION COMPLAINT
## HUMBOLDT COUNTY, CALIFORNIA
## REAL ESTATE BROKERS
## PROPERTY OWNERS AND PROPERTY MANAGERS, ET AL

173. Defendants, directly and through their

agents, have **engaged** and **continue to engage** in a

**pattern or practice** of housing discrimination because

of disability against prospective tenant Buesgens in

Humboldt County, CA, in violation of 42 USC section

3604(f)(1).

174. Humboldt County, CA defendants **denied**

Plaintiff Buesgens reasonable accommodation request and

apartment application. The foregoing Humboldt County,

California real estate brokers, property owners, and

property managers **denied** Plaintiff Buesgens reasonable

accommodation requests for apartment rental in

**November 2008.**

175. Plaintiff Michael Buesgens is a qualified

individual with a medical disability per the Fair

Housing Act, Americans with Disabilities Act and

Rehabilitation Act of 1973, as amended.

75

176. Plaintiff Buesgens **requested** a change in policy and rules in Humboldt County, California for his eviction and credit history at **Falcon Ridge Apartments Austin, Texas and his record at tenant/credit reporting companies nationwide.**

177. The accommodation was **necessary** to afford Buesgens a handicapped person the equal opportunity to use and enjoy a dwelling.

178. Plaintiff Buesgens was paying **$600.00** per week **rent** at Best Western Motel Arcata, California.

179. Buesgens only income is his involuntary disability retirement income **$1,393.00** per month from Commissioners Internal Revenue Service and his IRA account.

180. Plaintiff Buesgens **involuntarily retired** from Commissioners Internal Revenue Service on **March 7, 2005.** Buesgens and has been unable to work since his IRS retirement.

181. Buesgens **reasonable reassignment requests** at Commissioners Internal Revenue Service **denied** from **2002**

through **2005 causing** his involuntary disability
retirement.

182. Plaintiff Buesgens lived at Falcon Ridge
Apartments from **June 28, 2003** to **July 6, 2006.**

183. Plaintiff Buesgens has the **ability** to pay
rent and deposit in Humboldt County, California. There
is **no cost** to real estate brokers, property owners, and
property managers.

184. There is **no undue hardship** to anyone and
Buesgens requests are **reasonable**.

185. At all times relevant herein, defendants
Barbara Coffman, Real Estate Broker and John M.
Wahlund, Real Estate Broker, Registered Agent, employed
by Coldwell Banker and Cutten Realty, which is located
at 2120 Campton Road, Suite C **Eureka, California**.

186. At all times relevant Joel Singer, Registered
Agent employed by California Association of Realtors
(CAR), which is located at 525 South Virgil Avenue **Los
Angeles, California**.

187. At all times relevant herein, defendants Dawn O'Rourke, Real Estate Broker, Owner Cottage Realty, which is located at 1834B Central Avenue **McKinleyville, California**.

188. At all times relevant herein, defendants Alan Gunn, Senior Property Manager and Mathew Albert Babich, Registered Agent were employed by Re Max Humboldt Realty Corporation and Humboldt Property Management, which is located at 954 H Street **Arcata, California**.

189. At all times relevant herein, defendants Theodore Loring Jr., Owner, Registered Agent PMI Investments, Inc and Professional Property Management Company, which is located at 3109 H Street **Eureka, California** 95502-0117.

190. At all times relevant herein, defendants Steve Strombeck, Owner, Strombeck Properties I, LLC, and Strombeck Properties II, LLC, limited liability companies located at 960 South G Street **Eureka, California** 95502.

191. Each of the defendants named herein is sued in his or her individual capacity and doing business as Coldwell Banker, Cutten Realty, California Association of Realtors, Cottage Realty, Re Max Humboldt Realty Corporation, Humboldt Realty Corporation, Humboldt Property Management, PMI Investments, Inc, Professional Property Management Company, Strombeck Properties I, LLC, and Strombeck Properties II, LLC.

192. At all times relevant herein, defendants and their agents and employees, and each of them, were owners, registered agents, agents, servants and employees of each other, and were acting within the scope of such agency in employment and doing the wrongdoing herein alleged.

## XXXI. FAIR HOUSING ACT
### CALIFORNIA FAIR HOUSING ACT
### FAIR CREDIT REPORTING ACT
### CALIFORNIA FAIR CREDIT REPORTING ACT

193. The Fair Housing Act, California Fair Housing Act, Fair Credit Reporting Act, and California Fair Credit Reporting Act do not apply in Humboldt County, California.

194. The foregoing Humboldt County, California defendants either did not know the law or refused to comply with the law as pattern and practice and not just with Plaintiff Buesgens but with other tenants as well.

195. The Humboldt County, California defendants have their own law for apartment applications and reasonable accommodation requests not tested or litigated in any court of law.

196. The Humboldt County, California defendant's misconduct, wrongdoing, and arrogance rivals the Falcon Ridge Apartments defendants.

197. The Humboldt County, California defendants do not even try to cover it up. They just step on the law and tenants rights as pattern and practice.

## XXXII. **FACTS**

### A. **INTRODUCTION**

198. Humboldt County, California defendants,
directly and through their agents, have engaged and
continue to engage in pattern and practice of housing
discrimination because of disability against
prospective tenants. Defendants implemented and
enforced a policy that has the purpose or effect of
discriminating against persons with a disability, or
failed or refused to make reasonable accommodation for
such persons, in violation of federal and state fair
housing laws.

199. Humboldt County, California Defendants'
pattern or practice of discrimination against disabled
persons includes, but is not limited to:

A. Discriminating in the rental, or otherwise
making unavailable or denying, a dwelling to any
renter because of handicap, in violation of 42
U.S.C. section 3604(f)(1); and,

B. Refusing to make reasonable accommodations in

81

rules, policies, practices, or services, when such accommodations may be necessary to afford handicapped persons equal opportunity to use and enjoy a dwelling, in violation of 42 U.S.C. section 3604(f)(3)(B).

200. In the alternative, defendants have negligently failed to hire, train, properly supervise and discipline their managers, employees and agents regarding their duties under federal and state fair housing laws.

## B. MICHAEL L. BUESGENS COMPLAINT

201. Mr. Buesgens was diagnosed with bipolar disorder and attention deficit disorder, on January 29, 2003 by IRS telemedicine doctor Mark Norman Frank, MD 3820 Barr Court Boulder, Colorado 80303.

202. Mr. Buesgens became eligible for involuntary disability retirement at Commissioners Internal Revenue Service after he was denied reasonable reassignment in 2002, 2003, 2004, and 2005.

82

## COLDWELL BANKER/CUTTEN REALTY
## EUREKA, CALIFORNIA

203. On **November 4, 2008,** Plaintiff Buesgens submitted apartment rental application, reasonable accommodation request, paid **$12.00** application/credit check fee, to **Beverly Coffman Hart,** Real Estate Broker in Eureka, California.

204. Buesgens reasonable accommodation request, **change in rules and policy** for his eviction/credit history at Falcon Ridge Apartments Austin, Texas.

205. On **November 5, 2008,** Buesgens called Beverly Hart and she **notified** him that his rental application and reasonable accommodation **denied, because** of eviction at Falcon Ridge Apartments.

206. On **November 5, 2008,** Buesgens drove to Beverly Hart office and requested copy of his tenant credit report.

207. Beverly Hart gave Plaintiff Buesgens a copy of his credit report from **National Tenant Network (NTN) Lake Oswego, Oregon.** The National Tenant Network investigative tenant/credit report had Buesgens

83

eviction history at **Arnold Carl Tauch** and **Jack Cregg Moss** Falcon Ridge Apartments Austin, Texas.

208. **Jeanne M. Graves, President, Registered Agent** National Tenant Network (NTN) Lake Oswego, Oregon **not** registered to transact business in the State of California, in violation of California Business Code.

209. On **November 5, 2008,** Beverly Hart, Real Estate Broker Coldwell Banker/Cutten Realty informed Plaintiff Buesgens that she contacted California Association of Realtors (CAR) Los Angeles, California for **legal advice.**

210. California Association of Realtors (CAR) told Beverly Hart that she did not have to rent apartment to Buesgens, **because** of Falcon Ridge Apartments retaliatory eviction record.

211. On **November 7, 2008,** Plaintiff Buesgens **sent** letter for a **second** reasonable accommodation request to Beverly Hart, Real Estate Broker and **John M. Wahlund,** Real Estate Broker and Registered Agent Coldwell Banker/Cutten Realty **Eureka, California.**

212. On **November 10, 2008,** Buesgens received
telephone call from **General Counsel** at California
Association of Realtors (CAR). General Counsel **pumped**
Buesgens for information, so he gave her information.
Plaintiff Buesgens **told** General Counsel he did not have
attorney.

General Counsel, California Association of
Realtors **liked** the thought of no attorney and the
conversation ended.

212. On **November 10, 2008,** Plaintiff Buesgens **sent**
letter of **notice of potential litigation** to the
following individuals and persons:

- (1). Beverely Hart and, John M. Wahlund
  Coldwell Banker/ Cutten Realty

- (2). Joseph P. Russoniello, U.S. Attorney
  San Francisco, CA

- (3). Joel Singer, Registered Agent
  California Association of Realtors (CAR)
  Los Angeles, CA

- (4). Arnold Carl Tauch
- (5). Jack Cregg Moss
  Falcon Ridge Apartments
  Falcon Group
  Houston, Texas

85

(6). Coldwell Banker Residential Brokerage Company
     Corporation Service Company, Registered Agent
     Sacramento, CA

(7). Jeanne M. Graves, President, Registered Agent
     National Tenant Network (NTN)
     Lake Oswego, Oregon

**RE MAX**
**HUMBOLDT REALTY CORPORATION**
**HUMBOLDT PROPERTY MANAGEMENT**
**ARCATA, CALIFORNIA**

213. On **November 3, 2008,** Plaintiff Buesgens submitted apartment rental application, reasonable accommodation request, paid **$20.00** application/credit check fee, to **Alan Gunn,** Senior Property Manager, Real Estate Salesperson, and Humboldt Property Management in **Arcata, California**.

214. Buesgens reasonable accommodation request, **change in rules and policy** for his eviction/credit history at Falcon Ridge Apartments.

215. On **November 6, 2008,** Alan Gunn **denied** Plaintiff Buesgens reasonable accommodation request.

216. On **November 6, 2008,** Plaintiff Buesgens sent letter-requesting **copy of his tenant history** to **Arnold**

86

**Carl Tauch** and **Jack Cregg Moss,** Property Owners Falcon Ridge Apartments Houston, Texas.

217. Plaintiff Buesgens **sent copies** of his Arnold Carl Tauch and Jack Cregg Moss **letter** to the following parties, individuals, and persons:

(1). Joseph P. Russoniello, U.S. Attorney
San Francisco, CA

(2). R. Faye Austin, General Counsel
U.S. Department of Housing & Urban
Development-Region 9
San Francisco, CA

(3). Doug Houser, Defendant, Respondeat Superior
(4). Scott H. Galloway, Defendant, Recalcitrant
Witness, Falcon Ridge Apartments
Bullivant Houser Bailey, PC
Portland, Oregon

(5). Major General Jack L. Rives, USAF
The Judge Advocate General [JAG]
(6). Hilary Lynn Reyes, Airman, Voir Dire Member,
Recalcitrant Witness Falcon Ridge Apartments
Air Force Pentagon
Washington, DC

(7). Melanie Plowman Sarwal, Attorney,
Recalcitrant Witness Falcon Ridge Apartments
Weil Gotshal Manges
Austin, Texas

(8). Charles Eads Brown, Eviction Attorney
Falcon Ridge Apartments
Austin, Texas

(9). Shelley Bush Marmon, Eviction Attorney
     Falcon Ridge Apartments
     Crady Jewett McCulley, LLP
     Houston, Texas

(10). Gregory Scott Cagle, Eviction Attorney
      Falcon Ridge Apartments
      Armbrust & Brown, LLP
      Austin, Texas

218. **Arnold Carl Tauch** and **Jack Cregg Moss**,

General Partners Falcon Group, et al Houston, Texas

**never responded.**

219. On **November 10, 2008,** Alan Gunn **denied**

Buesgens request for copy of his tenant/credit report

in violation of Fair Credit Reporting Act and

California Fair Credit Reporting Act.

## COTTAGE REALTY
## MCKINLEYVILLE, CALIFORNIA

220. On **November 3, 2008,** Plaintiff Buesgens

submitted rental application, reasonable accommodation

request, paid **$20.00** application/credit check fee.

221. Buesgens reasonable accommodation request,

**change in rules and policy** for his eviction/credit

history at Falcon Ridge Apartments Austin, Texas.

88

222. On **November 6, 2008,** Arnold Carl Tauch and Jack Cregg Moss, Property Owners Falcon Ridge Apartments refused to provide copy of Plaintiff Buesgens tenant/credit history to **Dawn O'Rourke,** Real Estate Broker Cottage Realty **McKinleyville, California.**

223. On **November 7, 2008,** by telephone Dawn O'Rourke **refused** to accept Plaintiff Buesgens 2 year tenant history at **Extended Stay Hotel, Inc.** Dawn O'rourke **claimed** that Buesgens was **not tenant** at Extended Stay Hotel, Inc, but **merely guest.** Buesgens paid **$40.000.00** room rent at Extended Stay Hotel for the period **July 17, 2006** through **October 21, 2008.**

224. On **November 8, 2008,** Dawn O'Rourke called Plaintiff Buesgens and told him his apartment rental application and reasonable accommodation request **denied, because** Arnold Carl Tauch and Jack Cregg Moss, **refused** to give her Plaintiff Buesgens tenant history at **Falcon Ridge Apartments.**

225. On **November 11, 2008,** Plaintiff Buesgens sent letter to Arnold Carl Tauch, Jack Cregg Moss, and **Dawn O'Rourke,** Real Estate Broker Cottage Realty. Buesgens **requested** that Mr. Tauch and Mr. Moss **send** Dawn O'Rourke, copy of his tenant history at Falcon Ridge Apartments.

226. Arnold Carl Tauch, Jack Cregg Moss and their attorneys at **Bullivant Houser Bailey PC** Portland, OR **never responded** to Plaintiff Buesgens letter.

### STROMBECK PROPERTIES I, LLC
### STROMBECK PROPERTIES II, LLC
### ARCATA, CALIFORNIA

227. On **November 10, 2008,** Plaintiff Buesgens submitted apartment rental application, paid **$20.00** application/credit check fee, to Steve Strombeck, Owner Strombeck Properties.

228. On **November 14, 2008,** by letter **Steve Strombeck denied** Plaintiff Buesgens apartment rental application due to a reference from **Arnold Carl Tauch, Jack Cregg Moss,** and Falcon Ridge Apartments.

90

229. On **November 18, 2008,** Plaintiff Michael L. Buesgens **sent** letter to **Steve Strombeck** requesting reasonable accommodation. Buesgens requested change in rules and policy for his eviction/credit history at **Falcon Ridge Apartments** Austin, Texas.

230. On **November 20, 2008,** Steve Strombeck **sent** letter to Plaintiff Buesgens. Mr. Strombeck letter stated the following: "Please be advised that your application was not denied do to your medical conditions. The basis for denial was because of your credit report and a reference."

## NOTICE OF POTENTIAL LITIGATION

231. On November 26, 2008, Plaintiff Buesgens sent notice of potential litigation to the following:

- (1). Steve Strombeck
  Strombeck Properties

- (2). Dawn O'Rourke
  Cottage Realty

- (3). Alan Gunn
- (4). Matthew Albert Babich
  Re Max Humboldt Realty Corporation

91

(5). Theodore Loring, Jr
     PMI Investments, Inc
     Professional Property Management

(6). Beverly Hart
(7). John M. Wahlund
     Coldwell Banker/Cutten Realty

(8). Coldwell Banker Residential Brokerage Co.

(9). Michael A. Force
(10). Brenda A. Morgan
(11). Mary Banks
      Sandpiper Apratments

(12). Gregory Mayes
(13). William Mayes
(14). Shirley Mayes
      Heights Apartments

(15). William O. Passo
      Four Winds Apartments

(16). Arnold Carl Tauch
(17). Jack Cregg Moss
      Falcon Ridge Apartments

(18). Edward B. Rust, Jr.
      State Farm Insurance Companies

(19). Joel Singer, Registered Agent
      California Association of Realtors (CAR)

(20). R. Faye Austin, General Counsel
      U.S. Department of Housing & Urban
      Development-Region 9
      San Francisco, CA

(21). Joseph P. Russoniello, U.S. Attorney
      San Francisco, CA

(22). Jeanne M. Graves, President,
      Registered Agent
      National Tenant Network

(23). Thomas Harrington, Registered Agent
      On-Site Manager, Inc

(24). Steve Winn, Owner
      Real Page
      One-Site

232. Humboldt County, California defendants
discriminate based on disability by enforcing their no
change in rules and policy for tenant eviction/credit
history without making exceptions for persons who need
reasonable accommodations. This policy has a reasonably
foreseeable disparate impact on individuals with
disabilities.

233. Plaintiff Michael L. Buesgens has excellent
30-year tenant history, never missed a payment on
anything prior to his 2005 housing discrimination
complaint against Falcon Ridge Apartments and his
related employment discrimination complaint against
Commissioners Internal Revenue Service.

93

234. Defendants refused to engage in the

**interactive process** as required by Fair Housing Act,

Americans with Disabilities Act, and Rehabilitation Act

of 1973, as amended.

## C. INJURIES

235. By reason of defendant's unlawful acts and

practices, plaintiff Buesgens reputation in the United

States is ruined.

236. There now exists an actual controversy

between the parties regarding defendants' duties under

the federal and state fair housing laws and federal and

state fair credit reporting laws.

237. Unless enjoined, defendants will continue to

engage in the unlawful acts and the pattern or practice

of discrimination described above. Plaintiff has no

adequate remedy at law. Plaintiff Buesgens is now

suffering and will continue to suffer irreparable

injury from defendants' acts and their pattern or

practice of discrimination against disabled persons

unless relief is provided by this court.

94

## XXXIII. CLAIMS

### A. FIRST CLAIM

### [Fair Housing Act]

238. Plaintiff Buesgens realleges and incorporates by reference paragraphs **1 through 237** of the complaint herein.

239. Defendants injured plaintiff in violation of the Fair Housing Act by committing the following discriminatory housing practices:

A. Discriminating in the rental, or otherwise making unavailable or denying, a dwelling to any renter because of a handicap, in violation of 42 U.S.C. section 3604(f)(1); and,

B. Refusing to make reasonable accommodation in rules, policies, practices, or services, when such accommodations may be necessary to afford handicapped persons equal opportunity to use and enjoy a dwelling, in violation of 42 U.S.C. section 3604(f)(3)(B).

95

## B. SECOND CLAIM

## [California Fair Employment and Housing Act]

240. Plaintiff realleges and incorporates by reference paragraphs **1 through 237** of the complaint herein.

241. Defendants injured Plaintiff in violation of the California Fair Employment and Housing Act by committing the following discriminatory housing practices:

A. Discriminating in the rental, or otherwise making unavailable or denying, a dwelling to any renter because of disability, in violation of California Government Code section 12955(a) and (k); and,

B. Refusing to make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford disabled persons equal opportunity to use and enjoy a dwelling, in violation of California Government Code section

96

12955(a), as defined by California Government
Code section 12927(c)(1).

## C. THIRD CLAIM

242. Plaintiff realleges and incorporates by
reference paragraphs **1 through 237** of the complaint
herein.

243. Defendants, by and through a pattern or
practice of discrimination, have violated and will
continue to violate the California Business and
Professions Code section 17200 et seq. in that they
engaged in unfair and unlawful trade practices by
violating federal and state fair housing laws and
federal and state fair credit reporting laws.

## D. FOURTH CLAIM

## [California Consumer Credit

## Reporting Agency Act]

247. Plaintiff realleges and incorporates by
reference paragraphs **1 through 237** of this complaint
herein.

97

248. Defendants **Alan Gunn**, Humboldt Realty Corporation, and Humboldt Property Management have violated and will continue to violate California Consumer Reporting Agency Act section 1785.10(a) and (b) in that they **refused** to provide copy of Plaintiff Buesgens consumer credit report as he requested in person and in writing November 2008.

249. Defendants Humboldt Realty Corporation, PMI Investments, Inc, Cottage Realty, Strombeck Properties, Coldwell Banker/Cutten Realty is credit-reporting agencies within the meaning of California Consumer Credit Reporting Agency Act. Defendants assemble or evaluate consumer credit information for the purpose of furnishing consumer credit reports to third parties. Defendants furnish tenant credit reports to property owners in Humboldt County, California.

250. Humboldt Realty Corporation and PMI Investments, Inc Humboldt County, California as pattern and practice tell prospective tenants they are not entitled to copy of their tenant/credit report.

## E. FIFTH CLAIM

251. Plaintiff Buesgens realleges and incorporates by reference paragraphs **1 through 237** of the complaint herein.

252. Defendants Coldwell Banker/Cutten Realty Eureka, California **contracted** with defendants National Tenant Network (NTN) Lake Oswego, Oregon to do tenant/ credit report, called tenant screening for evictions on plaintiff Buesgens.

253. Defendant National Tenant Network (NTN) **reported** plaintiff Buesgens eviction at **Falcon Ridge Apartments Austin, Texas** to Beverly Hart, Real Estate Broker Coldwell Banker/Cutten Realty.

254. **Beverly Hart denied** Buesgens apartment rental application, and reasonable accommodation request for change in rules and policy on eviction at **Arnold Carl Tauch** and **Jack Cregg Moss** Falcon Ridge Apartments.

255. **Jeanne M. Graves,** President, Registered
Agent National Tenant Network (NTN) a foreign
corporation, located in Lake Oswego, Oregon **not
registered** to transact business in California, in
violation of California Corporation Code 2105.

## F. SIXTH CLAIM

## [Negligence]

256. Plaintiff realleges and incorporates by
reference paragraphs **1 through 237** of the complaint
herein.

257. Defendants owed plaintiff Michael Buesgens a
duty to operate the following in a manner that was free
from unlawful discrimination, and to hire, train,
supervise and discipline their employees and each other
to fulfill that duty.

      (1). Coldwell Banker/ Cutten Realty

      (2). California Association of Realtors

      (3). Re Max Humboldt Realty Corporation
           Humboldt Property Management

      (4). PMI Investments, Inc
           Professional Property Management

100

(5). Cottage Realty

(6). Strombeck Properties

(7). Falcon Group
Falcon Ridge Apartments

(8). Heights Apartments
Liberty Management Group

(9). Sandpiper Apartments
D/B/A Westcal Management
Pacific Cities Management

(10). Four Winds Apartments
Passco Four Winds

258. Defendants negligently violated that duty by discriminating against plaintiff Buesgens on account of his disability. Defendants' violation of that duty was the result of negligence, including but not limited to:

A. Defendants' negligent failure to train their employees and each other regarding the requirements of state and federal fair housing laws and state and federal fair credit reporting laws;

B. Defendants' negligent failure to hire persons who were familiar with the requirements of state and federal fair housing and fair credit

laws;

C. Defendants' negligent failure to
supervise their employees and each other
regarding compliance with the requirements of
state and federal housing and credit laws; and

D. Defendants' negligent failure to
discipline or terminate employees who failed to
comply with the requirements of state and
federal fair housing laws and fair credit laws.

259. As a result of defendants' negligent
conduct, plaintiff Buesgens suffered severe personal
injury from 2005 through 2008, which is expected to
continue in 2009, and beyond.

## XXXIV. RELIEF

Wherefore, plaintiff prays for the following relief:

260. That the Court enjoin all unlawful practices
complained about herein and impose affirmative
injunctive relief requiring defendants, their partners,
agents, employees, assignees, and all persons acting in
concert or participating with them, to take affirmative

action to provide equal housing opportunities to all tenants and prospective tenants regardless of disability or handicap;

261. That the Court declare that defendants have violated the provisions of applicable federal and state fair housing laws and federal and state fair credit law

262. That the Court award compensatory and punitive damages to plaintiff Buesgens according to proof;

263. That the Court grant costs of suit, including reasonable attorneys' fees; and,

264. That the Court grant all such other relief as the Court deems just, Dated: **December 15, 2008.**

**MICHAEL L. BUESGENS,**
PRIVATE ATTORNEY GENERAL
PLAINTIFF-PRO SE
116 12th Street, #B
Fortuna, CA 95540
Phone: 707-845-2100
Email: mikebuesgens@hotmail.com

December 15, 2008

103

## XXXV. INFORMA PAUPERIS

Plaintiff Buesgens requests informa pauperis and appointment of counsel.

## XXXVI. JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff hereby requests a trial by jury as to each and every claim for which he is so entitled.

Dated: **December 15, 2008**

**MICHAEL L. BUESGENS**
PLAINTIFF-PRO SE

## XXXVII CERTIFICATE OF SERVICE

I HEREBY Certify that I sent one true copy of the foregoing by priority mail, delivery confirmation on this 15th day of December 2008 to

1. Douglas G. Houser, Respondeat Superior
2. Scott H. Galloway, Defendant
3. Patricia Goeres Galloway, Spouse
4. R. Daniel Lindahl, Appellate Attorney
5. Maren J. Holmboe, Attorney
6. Lloyd Berstein, Attorney
7. Lisa Lear, Attorney
   **Bullivant Houser Bailey, PC**
   888 SW Fifth Avenue, Ste 300
   Portland, Oregon 97204

104

8. Arnold Carl Tauch, Property Owner
9. Jack Cregg Moss, Litigation Manager
   **Falcon Ridge Apartments**
   Falcon Group
   5225 Katy Freeway, Ste 530
   Houston, Texas 77007

10. Carl M. Weeks, Investigator
11. Michael J. Weeks, Investigator
    **Weeks and Associates**
12. Megan Monique Goeres
13. Andiruh Dev Sarwal
14. Melanie Plowman Sarwal
    A. Falcon Ridge Apartments
    B. case Number 951.06-242
       316 12th Street, Ste 316
       Austin, Texas 78701-1844

15. Joel Singer, Registered Agent
16. Jay Lawrence Vath, Adjuster, Investigator
    **State Farm Insurance Companies**
    A. Tenant/Renter Policy Number 83-LV-0578-9
    B. Subpoena Duces Tecum
    C. HUD case Number 06-06-0293-8
       525 South Virgil Avenue
       Los Angeles, California 90020

17. Major General Jack L. Rives, USAF
    The Judge Advocate General [JAG]
18. Hilary Lyn Reyes, Airman, Voir Dire Member,
    Recalcitrant Witness
    **United State Air Force**
    1420 Air Force Pentagon
    Washington, DC 20330-1420

19. **Dorienne Arzu Victoria Bonilla, IRS Supervisor**
    Former Tenant Falcon Ridge Apartments
    Apartment 734
    **NEW ADDRESS**
    803 Lisa Lane
    Killeen, Texas 76543
    Email: dorienne.bonilla@irs.gov


**MICHAEL L. BUESGENS,**
Former Tenant Falcon Ridge Apartments
Plaintiff
116 12th Street, #B
Fortuna, CA 95540

**December 15, 2008**