IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BUESGENS, | No. C-08-5710 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR STATEMENT** |
| v. | |
| BEVERLY HART, et al., | |
| Defendants / | |

The Court is in receipt of plaintiff's "Request for Statement of Reasons for Denying Motion for Leave to File In Forma Pauperis," filed April 8, 2009.

The request is hereby DENIED, because reasons for the denial have been provided. (See Document # 69.)

**IT IS SO ORDERED.**

Dated: April 10, 2009

MAXINE M. CHESNEY
United States District Judge