IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BUESGENS, | No. C-08-5710 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA** |
| v. | |
| BEVERLY HART, et al., | |
| Defendants / | |

The Court is in receipt of plaintiff's "Motion for Subpoena," filed May 20, 2009.

The request is hereby DENIED, for the reason the instant case is closed.

**IT IS SO ORDERED.**

Dated: May 28, 2009

MAXINE M. CHESNEY
United States District Judge